Exhibit No.#1

THROUGH THE LEAGUE OF UNITED NATIONS
IN THE INTERNATIONAL CRIMES COURT AT THE HAGUE

LAWRENCE L. CRAWFORD, #300839
AKA. JONAH GABRIEL JAHJAH
T. TISHBITE
EDGAR CASTRO SR., #324083
CARNELL DAVIS, #179330
JONATHAN WILLIAMS, #264517
CLARENCE CHISOLM, #058272
MUHAMMAD AL MUJAHADIN, #103968
COREY CALLOWAY, #285780
EDWARD WELCH, #156337
ANDRE ALSTON, #264762
LAMONT M. CUSACK, #318178
LARRY G. MARTIN, #313931
DAVID CHAPMAN, #185661
EDWARD RUTLAND, #244471
SHANNON SABB, #__________
CASEY LEWIS, #259254
RALPH COLEMAN, #__________
NAKIA CLEMMONS, #261888
WILLIAM RUSH, #298838
JEFFERY FREEMAN, #240894
DEXTER CRAWFORD, #231730
ANQUAN M. COBB, #__________
OYAMA LEWIS, #248581
MAURICE LEE, #__________
DEMITRIUS McILWAIN, 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
JASPER SIMPSON, #257158
BOBBY MITCHELL, #262003
RAFI ABDUL AL-JAMI, #071175
CHARLES JUDD, #290485
AND OTHER 40+ PARTIES LISTED
IN EXHIBIT(S) "1" AND "AE"

PETITIONER(S)

VS.

THE UNITED STATES ET. AL.,
PRESIDENT OBAMA ET. AL.,
VICE PRESIDENT BYDEN ET. AL.,
SEC. HILARY CLINTON ET AL.,
LEON PENNETTA, ET. AL.,
GOVERNOR SANDFORD ET. AL.,
STATE OF SOUTH CAROLINA ET. AL.,
STATE OF GEORGIA ET. AL.,
STATE OF FLORIDA ET. AL.,
STATE OF KENTUCKY ET. AL.,
STATE OF CALIFORNIA ET. AL.,
STATE OF MICHIGAN ET. AL.,
AND ALL OTHER OF THE 33 STATES
THAT ADOPT THE USE OF AN
INDICTMENT VIA THEIR STATES
CONSTITUTIONS

DEFENDANT(S)

APPEAL FROM THE UNITED STATES DISTRICT COURTS OF THE STATES OF NEW JERSEY AND ILLINOIS,

C/A NO.2:08-cv-04187-JLL AND 09-1500 (N.J./ PHILADELPHIA)
C/A NO. 1:08-cv-06222-JBZ AND 09-1484 (ILLINOIS/ 7TH.CIRCUIT)

ALSO FILED IN VARIOUS COURTS AS C/A NO. 3:08-cv-P559-S (KY.)
C/A NO. 3:08-cv-P590-S (KY.)
C/A NO.2:08-cv-12537-DPH (MICH)
C/A NO.2:08-cv-1458-LPZ (MICH)
C/A NO. 1:08-cv-2859-JEC (GA.)
C/A NO.9:08-cv-1287-LEK (N.Y.)
C/A NO.0:08-cv-5291-MMC (CALI.)
C/A NO. 3:08-cv-00477-GCM(N.C.)
C/A NO.2:08-cv-2339-TLW-BM (SC)
C/A NO.4:07-cv-1791-TLW-TER(SC)
C/A NO.1:09-cv-0465-KMO (OHIO)
C/A NO.1:08-cv-22998-MGC (FLA.)
C/A NO. 2008-CP-42-2370 (S.C.)
C/A NO.9:08-cv-3543-CMC-BM (SC)

INT'L C/A NO.__________

**PROOF OF SERVICE**



IN RE: THE FILING OF CHARGES AGAINST THE UNITED STATES GOVERNMENT AND ITS REPRESENTATIVE AGENTS FOR CRIMES AGAINST HUMANITY IN THE INTERNATIONAL CRIMES COURT AT THE HAGUE.

TO: THE LEAGUE OF UNITED NATIONS,
THE INTERNATIONAL CRIMES COURT AT THE HAGUE,
THE THIRD CIRCUIT COURT OF APPEALS,
THE SEVENTH CIRCUIT COURT OF APPEALS,
THE NINTH CIRCUIT COURT OF APPEALS,
THE SECOND CIRCUIT COURT OF APPEALS,
THE SIXTH CIRCUIT COURT OF APPEALS,
THE UNITED STATES DISTRICT COURT OF NEW JERSEY,
THE UNITED STATES DISTRICT COURT OF ILLINOIS,
THE UNITED STATES DISTRICT COURT OF NEW YORK,
THE UNITED STATES DISTRICT COURT OF OHIO,
THE UNITED STATES DISTRICT COURT OF KENTUCKY,
THE UNITED STATES DISTRICT COURT OF FLORIDA,
THE UNITED STATES DISTRICT COURT OF MICHIGAN,
THE UNITED STATES DISTRICT COURT OF CALIFORNIA,
THE UNITED STATES DISTRICT COURT OF SOUTH CAROLINA,
THE OTHER OF THE 33 RELEVANT STATES DISTRICT COURTS,

HERE COMES THE PETITIONERS/PLAINTIFFS, WHO ARE THE PARTIES IN THESE UNPRECEDENTED DIVERSITY JURISDICTION WRIT OF HABEAS CORPUS CLASS ACTION PROCEEDINGS, AND DO HEREBY HUMBLY SUBMIT THE FOLLOWING:

I, LAWRENCE L. CRAWFORD, AKA. JONAH GABRIEL JAHAH T. TISHBITE, AND OR THE PETITIONERS THAT ARE PARTIES TO THIS ACTION, DO HEREBY CERTIFY, THAT WE HAVE MAILED AND OR SERVED A COPY OF A MOTION AND OR COMPLAINT TO FILE ACTION FOR CRIMES AGAINST HUMANITY AGAINST THE UNITED STATES AND ITS AGENTS, ON THE UNITED NATION, THE INTERNATIONAL COURT OF JUSTICE, AND INTERNATIONAL CRIMES COURT, AND OTHER INVOLVED PARTIES, BY U.S. MAIL POSTAGE PREPAID, BY DEPOSITING IT IN THE INSTITUTION MAILBOX ON JULY 3, 2009. THUS, IT IS DEEMED FILED ON THIS DATE, <u>HOUSTON V. LACK</u>, 487 U.S. 266-73, 108 S.Ct. 2379(1988).

RESPECTFULLY SUBMITTED,
LAWRENCE L. CRAWFORD
JONAH GABRIEL JAHJAH T. TISHBITE
IAN BURKE
CLARENCE CHISOLM
JUSTIN YOUNG
AND OTHER 40+ PETITIONERS

JULY 1, 2009

THROUGH THE LEAGUE OF UNITED NATIONS
IN THE INTERNATIONAL CRIMES COURT AT THE HAGUE

LAWRENCE L. CRAWFORD, #300839
AKA. JONAH GABRIEL JAHJAH
T. TISHBITE
EDGAR CASTRO SR., #324083
CARNELL DAVIS, #179330
JONATHAN WILLIAMS, #264517
CLARENCE CHISOLM, #058272
MUHAMMAD AL MUJAHADIN, #103968
COREY CALLOWAY, #285780
EDWARD WELCH, #156337
ANDRE ALSTON, #264762
LAMONT M. CUSACK, #318178
LARRY G. MARTIN, #313931
DAVID CHAPMAN, #185661
EDWARD RUTLAND, #244471
SHANNON SABB, #________
CASEY LEWIS, #259254
RALPH COLEMAN, #________
NAKIA CLEMMONS, #261888
WILLIAM RUSH, #298838
JEFFERY FREEMAN, #240894
DEXTER CRAWFORD, #231730
ANQUAN M. COBB, #________
OYAMA LEWIS, #248581
MAURICE LEE, #________
DEMITRIUS McILWAIN, 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
JASPER SIMPSON, #257158
BOBBY MITCHELL, #262003
RAFI ABDUL AL-JAMI, #071175
CHARLES JUDD, #290485
AND OTHER 40+ PARTIES LISTED
IN EXHIBIT(S) "1" AND "AE"

PETITIONER(S)

VS.

THE UNITED STATES ET. AL.,
PRESIDENT OBAMA ET. AL.,
VICE PRESIDENT BYDEN ET. AL.,
SEC. HILARY CLINTON ET AL.,
LEON PENNETTA, ET. AL.,
GOVERNOR SANDFORD ET. AL.,
STATE OF SOUTH CAROLINA ET. AL.,
STATE OF GEORGIA ET. AL.,
STATE OF FLORIDA ET. AL.,
STATE OF KENTUCKY ET. AL.,
STATE OF CALIFORNIA ET. AL.,
STATE OF MICHIGAN ET. AL.,
AND ALL OTHER OF THE 32 STATES
THAT ADOPT THE USE OF AN
INDICTMENT VIA THEIR STATES
CONSTITUTIONS

DEFENDANT(S)

APPEAL FROM THE UNITED STATES
DISTRICT COURTS OF THE STATES
OF NEW JERSEY AND ILLINOIS,

C/A NO.2:08-cv-04187-JLL AND
09-1500 (N.J./ PHILADELPHIA)
C/A NO. 1:08-cv-06222-JBZ AND
09-1484 (ILLINOIS/ 7TH.CIRCUIT)

ALSO FILED IN VARIOUS COURTS
AS C/A NO. 3:08-cv-P559-S (KY.)
C/A NO. 3:08-cv-P580-S (KY.)
C/A NO.2:08-cv-12537-DPH (MICH)
C/A NO.2:08-cv-1458-LPZ (MICH)
C/A NO. 1:08-cv-2859-JEC (GA.)
C/A NO.9:08-cv-1287-LEK (N.Y.)
C/A NO.0:08-cv-5291-MMC (CALI.)
C/A NO. 3:08-cv-00477-GCM(N.C.)
C/A NO.2:08-cv-2339-TLW-BM (SC)
C/A NO.4:07-cv-1791-TLW-TER(SC)
C/A NO.1:09-cv-0465-KMO (OHIO)
C/A NO.1:08-cv-22998-MGC (FLA.)
C/A NO. 2008-CP-42-2370 (S.C.)
C/A NO.9:08-cv-3543-CMC-BM (SC)

INT'L C/A NO.____________

MOTION AND OR COMPLAINT TO FILE ACTION FOR CRIMES AGAINST HUMANITY AGAINST THE UNITED STATES AND ITS AGENTS

RICHLAND COUNTY
FILED
2010 AUG -3 AM 10: 33
JEANETTE W. MCBRIDE
C.C.P. & G.S.

IN RE: THE FILING OF CHARGES AGAINST THE UNITED STATES GOVERNMENT AND ITS REPRESENTATIVE AGENTS FOR CRIMES AGAINST HUMANITY IN THE INTERNATIONAL CRIMES COURT AT THE HAGUE.

TO: THE LEAGUE OF UNITED NATIONS,
THE INTERNATIONAL CRIMES COURT AT THE HAGUE,
THE THIRD CIRCUIT COURT OF APPEALS,
THE SEVENTH CIRCUIT COURT OF APPEALS,
THE NINTH CIRCUIT COURT OF APPEALS,
THE SECOND CIRCUIT COURT OF APPEALS,
THE SIXTH CIRCUIT COURT OF APPEALS,
THE UNITED STATES DISTRICT COURT OF NEW JERSEY,
THE UNITED STATES DISTRICT COURT OF ILLINOIS,
THE UNITED STATES DISTRICT COURT OF NEW YORK,
THE UNITED STATES DISTRICT COURT OF OHIO,
THE UNITED STATES DISTRICT COURT OF KENTUCKY,
THE UNITED STATES DISTRICT COURT OF FLORIDA,
THE UNITED STATES DISTRICT COURT OF MICHIGAN,
THE UNITED STATES DISTRICT COURT OF CALIFORNIA,
THE UNITED STATES DISTRICT COURT OF SOUTH CAROLINA,
THE OTHER OF THE 33 RELEVANT STATES DISTRICT COURTS,

HERE COMES THE PETITIONERS/PLAINTIFFS, WHO ARE THE PARTIES IN THESE UNPRECEDENTED DIVERSITY JURISDICTION WRIT OF HABEAS CORPUS CLASS ACTION PROCEEDINGS, AND DO HEREBY HUMBLY SUBMIT THE FOLLOWING:

IN THE NAME OF THE ONE TRUE GOD, THE MOST MERCIFUL, THE MOST GREAT. TO THE HONORABLE REPRESENTATIVE MEMBERS OF THE LEAGUE OF UNITED NATIONS, AND THE JUDGES OF THE INTERNATIONAL CRIMES COURT OF JUSTICE AT THE HAGUE, SHALOM. AS SALAMU ALAYKUM WA RAMATUALLAH WA BARAKATUHU. MAY THE BLESSINGS AND PEACE OF CHRIST JESUS(PBUH) BE UPON YOU ALL. I AM LAWRENCE L. CRAWFORD, AKA. JONAH GABRIEL JAHJAH T. TISHBITE. THAT WHICH IS IN ME, IS THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11. THAT WHICH IS IN ME, IS THE HOLY PEOPLE WHOSE POWER IS FORETOLD TO BE SCATTERED BY THE ANTI CHRIST WRITTEN IN THE BOOK OF DANIEL CHAPTER 12:7. THAT WHICH IS IN ME, IS THE RIGHTFUL HEIR, KING, AND HIGH PRIEST OF THE NATION OF ISRAEL. THAT WHICH IS IN ME, IS THE 12TH. AND FINAL OF THE RIGHTLY GUIDED KHALIFAHS OF THE ISLAMIC WORLD. THAT WHICH IS IN ME, IS THE KING AND HIGH PRIEST OF THE CHRISTIAN CHURCH WORLD WIDE. THAT WHICH IS IN ME, IS WHO THE MUSLIM WORLD CALLS AHLE BAYT, DESCENDANTS OF THE HOUSEHOLD OF THE PROPHET MUHAMMAD(PBUH). THAT WHICH IS IN ME, IS HEIR TO THE THRONE OF KING DAVID(PBUH). THAT WHICH IS IN ME, IS THE DIRECT DESCENDANT OF AARON(PBUH) AND THE LEVITICAL PRIESTHOOD, KEEPER OF

THE ARK OF THE COVENANT AND REBUILDER OF THE TEMPLE IN JERUSALEM. THAT WHICH IS IN ME, IS QURAYSH, KEEPER AND CUSTODIAN OF THE HOLY CITY OF MECCA. THAT WHICH IS IN ME, IS THE SMOKE OUT OF THE NORTH, THE COCKATRICE THAT IS SAID WILL COME OUT OF THE SERPENT'S ROOT(PRISON), LIBERATOR OF THE PALESTINIAN PEOPLE, SAID BY PROPHESY THAT WOULD APPEAR AT A TIME WHEN THE PALESTINIAN GOVERNMENT WOULD BE IN DISARRAY, THE MESSENGERS TO THE NATIONS, WRITTEN IN THE BOOK OF ISAIAH 14:29-32. THAT WHICH IS IN ME, IS THE MAN WHO NOURISHES A YOUNG COW(YOUNG WIFE MARRIED IN ACCORDANCE TO THE LAWS OF THE LEVITICAL PRIESTHOOD), AND TWO SHEEP(I AM ACCOMPANIED BY TWO DISCIPLES), WRITTEN IN THE BOOK OF ISAIAH 7:21-25, APPEARING DURING THE TIME OF THE GREAT TRIBULATION. THAT WHICH IS IN ME, IS THE ONE RAISED UP FROM THE NORTH WRITTEN IN THE BOOK OF ISAIAH 41:25. THAT WHICH IS IN ME, IS WHO ISLAMIC PROPHESY STATES WILL COME FROM THE EAST, WHOM ISLAM STATES THE TIME OF THE RESURRECTION SHALL NOT BE ESTABLISHED UNTIL A FREEDMAN(PRISONER) NAMED JAHJAH BECOMES A MONARCH AND HOLDS SWAY. THAT WHICH IS IN ME, IS THE BLIND, DEAF, SERVANT OF THE ONE TRUE GOD WHO WILL EXALT HIS LAWS, WRITTEN IN THE BOOK OF ISAIAH 42:18-22. THAT WHICH IS IN ME, IS ONE OF THE TWO ANOINTED ONES, THE TWO OLIVE BRANCHES, THAT EMPTY OUT OF THEMSELVES THE GOLDEN OIL AND STAND BEFORE THE LORD OF THE WHOLE EARTH, OWNER OF THE DAY OF JUDGMENT, WRITTEN IN THE BOOK OF ZECHARIAH 4:11-14. THAT WHICH IS IN ME, IS THE REFINER'S FIRE, THE FULLER'S SOAP, WHO IS SAID TO WILL PURGE THE SONS OF LEVI, TO INCLUDE ALL CHRISTIANS AND MUSLIMS AS WELL, THE ONE WHO WILL TURN THE HEARTS OF THE FATHERS TO THEIR CHILDREN, AND THE HEARTS OF THE CHILDREN TO THEIR FATHERS, WRITTEN IN THE BOOK OF MALACHI CHAPTERS 3 AND 4. THAT WHICH IS IN ME, IS THE ELIJAH FORETOLD BY CHRIST(PBUH) WRITTEN IN THE BOOK OF MARK 9:12. THAT WHICH IS IN ME, IS WHOM THE MUSLIM WORLD CALLS AL MAHDI, THE GUIDED ONE, THE LION AND KHALIFAH OF ALLAH. THAT WHICH IS IN ME, IS ONE OF THE TWO WITNESSES, WHO FIRE PROCEEDTH OUT OF HIS MOUTH TO DEVOUR HIS ENEMIES, WHO HAVE POWER TO SHUT UP THE HEAVENS THAT IT RAIN NOT, AND HAVE THE POWER TO SMITE THE EARTH WITH PLAGUES AS OFTEN AS HE WILLS. THAT WHICH IS IN ME, IS THE DIRECT DESCENDANT OF THE EARTH'S GREATEST PROPHETS AND KINGS, MOSES, AARON, DAVID, SOLOMAN, CHRIST THROUGH HIS BROTHER JAMES, MUHAMMAD, ALI IBN ABU TALIB(PBUT). THAT WHICH IS IN ME, IS THE DIRECT DESCENDANT OF THE GREATEST WOMEN TO WALK THE EARTH, AND WHOM THE WORLD WAS NOT WORTHY!, SARAH, HAGAR, ZIPPORAH, BATHSHEBA, MARY, KHADIJAH, AND FATIMA. THAT WHICH IS IN ME, IS CHRISTIAN, MUSLIM, AND JEW COMBINED, TO FULFILL ALL THAT WAS FORETOLD BY THE THREE TRUE RELIGIONS, SUCH IS NOW EMBODIED WITHIN ME. THAT WHICH IS IN ME, IS MARTIN LUTHER KING JR.'S SUCCESSOR, FOR OUR GOD INSTRUCTED HIM TO PASS HIS MANTLE ON TO ME WITHIN A DREAM, INSPIRED WITHIN THE NIGHT AS ISLAM FORETELLS, AND I AM COMMANDED TO COMPLETE WHAT MARTIN STARTED, BUT ON A GLOBAL SCALE, THAT BEING TO FILL THE EARTH WITH JUSTICE AND FAIRNESS, THE SAME WAY IT HAD BEEN FILLED WITH TYRANNY AND OPPRESSION AS CONFIRMED BY MY ISLAMIC FOREFATHERS. THAT WHICH IS IN ME, IS THE FORERUNNER TO GOD'S

CHRIST(PBUH), AND AS CHRIST(PBUH) IS KING, PROPHET, AND HIGH PRIEST, I AM KING, KHALIFAH, PROPHET, HIGH PRIEST, AND IMAM. I AM THE LEAD PETITIONER AND REPRESENTATIVE MEMBER OF THIS ACTION NOW SET BEFORE YOU.

I HUMBLY COME BEFORE YOU, O' HONORABLE NATIONS OF THE WORLD, AND I OFFICIALLY CLAIM MY RIGHTS AS THE HEIR, AND ONE TRUE SOVEREIGN OF THE ENTIRE CHRISTIAN, MUSLIM, AND JEWISH WORLD, AS KHALIFAH OF A KHALIFATE OF IMAMS, KING OF A KINGDOM OF PRIEST AS DESIGNATED BY THE ONE TRUE GOD OF THE HEAVENS AND EARTH. FOR THE RECORD, I HAVE BEEN SEEN BY MORE THAN 9 DIFFERENT FORENSIC PSYCHOLOGIST. NOT ONE OF THEM DEEMED ME AS BEING DELUSIONAL OR PSYCHOTIC. I EVEN WAS PERMITTED TO REPRESENT MYSELF AT TRIAL. SUCH WOULD NOT BE PERMITTED IF I WERE MENTALLY INCOMPETENT. THUS, THE MATTERS I PRESENT BEFORE YOU HAVE NO BASE IN MENTAL ILLNESS. THEY ARE SIMPLY A MATTER OF MY RELIGIOUS BELIEFS, THOUGH TO SOME THEY MAY APPEAR STRANGE AND UNPOPULAR. I, AS SOVEREIGN OF THE ENTIRE CHRISTIAN, JEWISH, AND ISLAMIC WORLD, OFFICIALLY INVOKE MY RIGHTS AS A SOVEREIGN OF GOD TO FILE ACTION WITHIN THE INTERNATIONAL CRIMES COURT OF JUSTICE AT THE HAGUE FOR CHARGES OF CRIMES AGAINST HUMANITY AGAINST THE UNITED STATES GOVERNMENT, PRESIDENT OBAMA, EX-PRESIDENT GEORGE BUSH, EX-VICE PRESIDENT DICK CHANEY, CONDELEEZA RICE, JOE BIDEN, LEON PENNETTA, HILARY CLINTON, THE FORMER ADMINISTRATION AS WELL AS THIS PRESENT ADMINISTRATION. THE MATTERS BEFORE US, OF COURSE, ARE UNPRECEDENTED. IT'S REASONABLE TO BELIEVE THAT THE HONORABLE LEAGUE OF UNITED NATIONS IS UNPREPARED FOR SUCH AN EVENT. THUS, THERE ARE NO ESTABLISHED LAWS BEFORE US THAT WOULD SERVE TO BE ADEQUATE TO ADDRESS THESE EVENTS. THEREFORE, IN FUNDAMENTAL FAIRNESS TO ALL PARTIES, THE LEGAL MAXIMS MUST APPLY. WITH THIS FOUNDATION BEING LAID, HE WHO IS ENSCONCED WITHIN THE HOLY WRITINGS BEGAN WHICH SUCH:

"MAIXIME ITA DICTA QUIA MAXIMA EST EJUS DIGNITAS ET CERTISSIMA AUCTORITAS, ATQUE QUOD MAXIME OMNIBUS PROBETUR",---A MAXIM IS SO CALLED BECAUSE IT'S DIGNITY IS CHIEFEST AND IT'S AUTHORITY IS THE MOST CERTAIN, AND BECAUSE IT IS MOST APPROVED BY ALL.

THUS, IN FUNDAMENTAL FAIRNESS TO ALL GOVERNMENTS AND PARTIES, EVEN BY WAY OF THE DIVERSITY OF EACH SOVEREIGN'S LAWS, LET THE LEGAL MAXIMS ESTABLISH THE FOUNDATION AND SET THE TONE FOR THE INITIAL LITIGATION. SINCE I INVOKE MY RIGHTS AS A SOVEREIGN, CANON LAW INDEED APPLIES UNDER THESE EXCEPTIONAL CIRCUMSTANCES.

"REGULA PRO LEGE, SI DEFICIT LEX",---IF THE LAW IS INADEQUATE THE MAIXIM SERVES IN IT'S PLACE.

THESE ARE UNPRECEDENTED, EXCEPTIONAL CIRCUMSTANCES. THE

PRESENT LAWS OF YOUR RESPECTIVE NATIONS TO INCLUDE THOSE IN PLACE VIA THE UNITED NATIONS ARE INADEQUATE TO ADDRESS THE MATTERS AND BE FAIR TO ALL PARTIES. THUS, THE LEGAL MAIXIMS AGAIN, MUST BE GIVEN SWAY.

"TOUT CE QUE LA LOI NE DEFEND PAS EST PERMIS",---EVERYTHING THAT THE LAW DOES NOT FORBID IS PERMITTED.

"LE LEY DE DIEU ET LEY DE TERRE SONT TOUT UN, ET L'UN ET L'AUTRE PREFERRE ET FAVOUR LE COMMON ET PUBLIQUE BIEN DEL TERRE",---THE LAWS OF GOD AND THE LAWS ARE ALL ONE; AND BOTH PROMOTE AND FAVOR THE COMMON AND PUBLIC GOOD OF THE LAND.

BY THE AFOREMENTIONED, THE LAWS OF THE ONE TRUE GOD TAKE PRECEDENT OVER ANY LAW THAT STANDS IN CONFLICT OF THAT WHICH GOD DECREES. FOR THE LAWS OF THE LAND ARE TO BE IN HARMONY, IN SYNC WITH THE LAWS OF THE ONE TRUE GOD. SO IT IS WRITTEN,...SO LET IT BE DONE.

"JURIS PRAECEPTA SUNT HAEC, HONEST VIVERE, ALTERUM NON LAEDERE, SUUM CUIQUE TRIBUERE",---THESE ARE THE PRECEPTS OF LAW: TO LIVE HONORABLY, NOT TO INJURE ANOTHER, AND TO RENDER TO EACH PERSON THEIR DUE.

"NEMO PLUS COMMODI HAEREDI SUO RELENQUIT QUAM IPSE HABUIT",---NO ONE LEAVES A GREATER ASSET TO HIS HEIR THAN HE HAD HIMSELF.

I AM THE DIRECT DESCENDANT OF THE EARTH'S GREATEST PROPHETS, KINGS, KHALIFAHS, IMAMS, AND HIGH PRIESTS. THE TITLE AND HONOR GIVEN TO THEM BY THE QADR, DIVINE DECREE OF THE I AM, ALLAH, AND BY HEREDITARY RIGHT, IS NOW BY THE LAWS OF GOD, IS GIVEN TO ME. THIS IS MY JUST AND REASONABLE DUE. SUCH RIGHTS ARE NOW INVOKED.

"NEMO PLUS JURIS AD ALIENUM TRANSFERRE POTEST QUAM IPSE HABERET",---NO ONE CAN TRANSFER TO ANOTHER A GREATER RIGHT THAN HE HIMSELF MIGHT HAVE.

MARTIN LUTHER KING JR. WAS DESIGNATED ONE OF THE GREATEST CIVIL RIGHTS LEADERS OF OUR TIME. SINCE THE LAWS OF GOD AND THE LAWS OF THE LAND ARE ONE, IT IS MY JUST DUE TO BE VIEWED AND GIVEN THE RIGHTS OF A SOVEREIGN, AS MARTIN'S SUCCESSOR, AS DESIGNATED BY THE HOLY WRITINGS OF THE THREE TRUE RELIGIONS, AND THE COMMAND OF THE ONE TRUE GOD OF THE HEAVENS AND EARTH, OWNER OF THE DAY OF JUDGMENT. THE MORAL COMPASS PURSUANT TO CIVIL RIGHTS IN NOW PASSED TO ME, AND IS TO BE INITIATED IN HARMONY TO ALL THAT THE ONE TRUE GOD DECREES.

"NEMO NASCITUR ARTIFEX",---NO ONE IS BORN AN EXPERT. WISDOM IN THE LAW IS ACQUIRED THROUGH DILIGENT SEARCH AND OR

STUDY. STUDY TO SHOW THY SELF APPROVED. KNOWLEDGE AND WISDOM ARE SOUGHT FROM THE CRADLE TO THE GRAVE.

"NON IN TABULIS EST JUS",---IF IT IS NOT IN THE BOOKS OF THE LAW, IT IS TO BE FOUND.

BY THE AFOREMENTIONED IT IS THE DUTY OF THE LEAGUE OF UNITED NATIONS AND THE INTERNATIONAL COURT OF JUSTICE TO CONDUCT AN INVESTIGATION INTO THE ISSUES, CLAIMS, AND DEFENSES THAT ARE ALLEGED WITHIN THIS DOCUMENT. THE MATTERS CAN ONLY BE REVEALED BY REVIEW AND STUDY OF THE THREE TRUE HOLY BOOKS. THE AUTHORIZED KING JAMES BIBLE MUST BE USED, THE TORAH, THE QURAN, AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH). IT IS ALSO REQUIRED THAT THE UNITED NATIONS CONTACT PACER.COM BETWEEN THE HOURS OF 8AM-6PM (800)-676-6856 AND (210)-301-6440. P.O. BOX 780549 SAN ANTONIO, TEXAS 78278. THE UNITED NATIONS MUST PURCHASE A PACER.COM ACCOUNT. THIS WILL ALLOW THE INTERNATIONAL COURT ACCESS VIA INTERNET TO DOWNLOAD CRUCIAL DOCUMENTS WHICH ARE THE SOURCE OF THE ALLEGATIONS BEFORE THE INTERNATIONAL TRIBUNAL. THE UNITED NATIONS WILL NEED TO ACCESS CASE NO.0:06-cv-2459-TLW-BM, IN THE S. CAROLINA U.S. DISTRICT COURT. THERE YOU WILL FIND A COPY OF A (240) PAGE KERSHAW COUNTY PETITION AND DOCUMENTS ATTACHED AS EVIDENCE. BY THIS DOCUMENT I HAVE DONE WHAT NO MAN IN THE HISTORY OF THE WORLD HAS DONE. I CONNECTED THE NUMEROUS, VAST AND DISTINCT RELIGIOUS PROPHESIES OF CHRISTIANITY, JUDAISM, AND ISLAM AS THEY PERTAIN TO CHRIST(PBUH) FORERUNNER, AND SHOWN WHERE THESE PROPHESIES SIMULTANEOUSLY EXIST IN THE LIFE OF ONE MAN, SPECIFICALLY, JONAH GABRIEL JAHJAH T. TISHBITE, THE LEAD PETITIONER OF THIS ACTION. WITH THIS IS INDISPUTABLE EVIDENCE THAT PROVES I WAS FRAMED BEHIND RELIGIOUS AND RACIAL HATRED BECAUSE I MAKE THE CLAIMS I DO BEFORE YOU, AND THE BUSH AND OBAMA ADMINISTRATION KNOWS OF IT YET CONSPIRED TO KEEP THIS FROM THE INTERNATIONAL COMMUNITY. THEY CONSPIRED TO KEEP FROM YOU KNOWLEDGE OF POTENTIAL IMMINENT DANGER TO THE CITIZENS OF YOUR RESPECTIVE NATIONS.

THE UNITED NATIONS WILL ALSO NEED A COPY OF THE FOREWORD AND WARNING TO THE "BOOK OF REMEMBRANCE" FORETOLD TO BE WRITTEN BY THE ELIJAH, AL MAHDI, WRITTEN IN THE BOOK OF MALICHI 3:16. YOU WILL FIND A COPY OF IT FILED IN THE NEW JERSEY DISTRICT COURT UNDER CASE NO.2:08-cv-04187-JLL. THE UNITED NATIONS WILL NEED A COPY OF THE LETTERS SENT TO PRESIDENT OBAMA FILED IN THE OHIO DISTRICT COURT UNDER CASE NO.1:09-cv-0465-KMO, AND THE UNITED NATIONS WILL NEED A COPY OF ALL DOCUMENTS FILED IN THE KENTUCKY DISTRICT COURT UNDER CASE NO.3:08-cv-P559-S AND 3:08-cv-P590-S. ALL OF THESE DOCUMENTS WILL BE NEED TO BE DOWNLOADED THROUGH PACER.COM IN ORDER THAT THE RECORD MAY BE COMPLETE BEFORE THE INTERNATIONAL COURT OF JUSTICE, AND THE INTERNATIONAL COMMUNITY WILL BECOME FULLY AWARE OF THE MAGNITUDE OF THE MATTERS THAT ARE PLACED BEFORE IT.

*******IMPORTANT NOTICE AND PETITION*******

THE PETITIONERS WHO ARE PARTIES IN THESE UNPRECEDENTED DIVERSITY JURISDICTION WRIT OF HABEAS CORPUS CLASS ACTION PROCEEDINGS, AND WHO SUBMIT THIS ACTION AS PLAINTIFFS/PETITIONERS IN THE ACTION AGAINST THE GOVERNMENT OF THE UNITED STATES, OFFICIALLY PETITION THAT ALL (50) OF THE REPRESENTATIVE MEMBERS OF THIS ACTION BE BROUGHT BEFORE THE HONORABLE SOULS OF THE INTERNATIONAL COMMUNITY, THE UNITED NATIONS AND OR INTERNATIONAL COURT OF JUSTICE, DUE TO THE POTENTIAL THREAT OF IMMINENT DANGER TO THE CITIZENS OF YOUR RESPECTIVE NATIONS, AND DUE TO THE EXCEPTIONAL CIRCUMSTANCES THAT SURROUNDS THESE PROCEEDINGS. PLEASE DO NOT CONSTRUE THIS AS A PETITION FOR THE PETITIONER JONAH GABRIEL JAHJAH T. TISHBITE, TO BE BROUGHT BEFORE YOU ALONE. BY OUR SUBSTANTIAL RIGHTS, SINCE WE FILE THIS ACTION JOINTLY, WE, IN FUNDAMENTAL FAIRNESS, IN ORDER TO BE GIVEN SUFFICIENT OPPORTUNITY TO SUBSTANTIATE THE CLAIMS, THE PETITIONERS MUST BE BROUGHT BEFORE YOU TOGETHER. YOU HAVE MY WORD AS GOD'S SERVANT, THAT NO ONE IS OF ANY THREAT BY OUR PRESENCE AND APPEARING TOGETHER. LET THIS BE DONE, EVEN IF WE ALL MUST APPEAR BEFORE THE INTERNATIONAL COMMUNITY AND OR INTERNATIONAL COURT OF JUSTICE IN CHAINS!! WHEN MEN AND WOMEN OF LIKE HEART, OF LIKE SPIRIT, AND OF LIKE MIND, BY THEIR CIRCUMSTANCE, ARE SHACKLED TOGETHER BY THE DARK ENTERPRISE OF TYRANNY AND OPPRESSION DUE TO THE RECREANT AND OPPROBRIOUS DEEDS OF ANATHEMIZED GOVERNMENT,...IT IS FAR BETTER THAT WE STAND TOGETHER BEFORE YOU IN BONDS!!!, RATHER THAN NOT STAND AT ALL. IN ORDER THAT TRUTH, JUSTICE, AND FAIRNESS, SO BRUTISHLY CRUSHED TO THE GROUND, MAY ONCE AGAIN RISE!!, AND LIVE AGAIN.

INASMUCH, THE COMPLAINT AND CHARGED LAID TO BEAR ON THE UNITED STATES GOVERNMENT AND ITS EMPLOYED OFFICIALS ARE AS FOLLOWS:

(1) THE UNITED STATES GOVERNMENT, VIA THE RELEVANT STATES, CONSPIRING AFTER THE FACT WITH THE BUSH AND OBAMA ADMINISTRATION, HAS ILLEGALLY SEIZED, KIDNAPPED!! EVERY MAN AND WOMAN HELD UNDER STATE CUSTODY, WHOSE STATES ADOPT THE FEDERAL PROVISIONS AND USE OF AN INDICTMENT BY WAY OF THEIR STATE CONSTITUTIONS, IN EGREGIOUS, OUTRAGEOUS VIOLATION OF THEIR OWN STATE AND OR FEDERAL LAWS. THIS IS DUE TO THE STRUCTURAL CONSTITUTIONAL ERROR AND OR DEFECT IN THE CONSTRUCTION OF THE INDICTMENTS, INDICTMENTS WHICH SERVE AS A VEHICLE TO MAINTAIN THE STATE AND OR FEDERAL CAPTIVITY AND OR CONVICTION. IT DEPRIVES THE CITIZENS OF THE UNITED STATES, THUS LAID CAPTIVE, OF CONSTITUTIONAL PROTECTION, SO BASIC, SO FUNDAMENTAL, THAT IN ITS ABSENCE NO CRIMINAL PROCEEDING CAN BE DEEMED RELIABLE AS A VEHICLE FOR THE DETERMINING OF GUILT OR INNOCENCE, AND NO

CRIMINAL PUNISHMENT CAN BE REGARDED AS FUNDAMENTALLY FAIR, BECAUSE THIS ERROR AFFECTS THE FRAMEWORK OF THE PROCEEDINGS AND CANNOT BE VIEWED AS HARMLESS. THIS ISSUE IS AT THE HEART OF RELIGIOUS PROPHESY, SAID THAT THE ELIJAH, AL MAHDI, THE FORERUNNER OF CHRIST(PBUH) WOULD PRODUCE AS A "CALLING CARD" TO PROVE THAT HE IS WHO HE CLAIM TO BE. PROPHESY SAYS HE WOULD CAUSE THE PRISON DOORS TO OPEN AND PROCLAIM A DAY OF LIBERTY FOR THE CAPTIVES AS SEEN IN THE BOOK OF ISAIAH CHAPTER 61. IT IS THE BEGINNING OF THE FULFILLING OF ISLAMIC PROPHESY WHICH STATE, HE WILL FILL THE EARTH WITH JUSTICE AND FAIRNESS THE SAME WAY IT HAD BEEN FILLED WITH TYRANNY AND OPPRESSION. THE PETITIONERS FURTHER PROVED IT WAS NOT A HARMLESS ERROR BECAUSE THE COURTS MUST CONSTRUCTIVELY AMEND THE INDICTMENTS ON THE MENS REA ELEMENTS WHICH IS IMPERMISIBLE BY THEIR OWN DUE PROCESS LAWS. THE UNITED STATES GOVERNMENT, BOTH THE BUSH AND OBAMA ADMINISTRATION, ARE ENGAGING IN ACTS OF INTRINSIC AND EXTRINSIC JUDICIAL FRAUD, CONSPIRING UNDER COLOR OF STATE LAW, AND UNDER COLOR OF AUTHORITY, IN EGREGIOUS VIOLATION OF THE KU KLUX KLAN ACT AND OR CIVIL RIGHTS LITIGATION ACT, BEHIND A CLASS BASED INVIDIOUSLY DISCRIMINATORY ANIMUS, IN THE FORM OF RELIGIOUS AND RACIAL HATRED, BECAUSE IT WILL TURN OUT THAT THE FORERUNNER OF CHRIST(PBUH) IS A BLACKMAN WHO WILL NOT SUPPORT THEIR PERVERSE AGENDA, AND THEY DON'T WANT THE BELIEVERS OF THE WORLD TO KNOW THAT CHRISTIANS, JEWS, AND MUSLIMS ARE BROTHERS, AND THE CORRUPT GOVERNMENTS OF THE CAPITALISTIC NATIONS WILL NO LONGER BE ABLE TO BLEED THE THIRD WORLD NATIONS OF THEIR RESOURCES, WHILE THE INDIGENOUS POPULATION GO STARVING AND DEPRIVED. THEIR EFFORT IS TO CAUSE IRREPARABLE HARM TO THE FILED CLASS ACTION PROCEEDINGS, TO KEEP THE AMERICAN PEOPLE AND THE INTERNATIONAL COMMUNITY IN THE DARK, AS TO THE MAGNITUDE AND TRUE NATURE OF THE PROCEEDINGS BEING CONDUCTED BEFORE THE COURTS. THEY ARE BEHIND THE SCENES INSTRUCTING THE FEDERAL COURTS NOT TO DECLARE THE CLASS ACTION, AND ARE MAKING EVERY UNJUST ATTEMPT HUMANLY POSSIBLE IN HOPES OF CREATING UNJUST PROCEDURAL DEFAULT ISSUES, TO KEEP THE LEGAL ISSUES OF SUPPOSED RELIGIOUS PROPHESY FROM OBTAINING JUDICIAL REVIEW. THUS, ALL MEN AND WOMEN, WHO ARE HELD UNDER STATE CUSTODY IN THE 33 RELEVANT STATES, ARE BASICALLY KIDNAPPED, AND UNJUSTLY DEPRIVED OF LIFE, LIBERTY, AND PROPERTY IN VIOLATION OF THE UNITED STATES OWN LAWS OF DUE PROCESS. BY THE AFOREMENTIONED THE UNITED STATES GOVERNMENT, BOTH THE BUSH AND OBAMA ADMINISTRATION, ARE GUILTY OF CRIMES AGAINST HUMANITY, PERPETRATED AGAINST ITS OWN CITIZENS WITHIN THIS NATION. THUS WE, THE PETITIONERS OF THIS ACTION, DO SO CHARGE THEM.

(2) THE UNITED STATES GOVERNMENT CONSPIRED TO DECEIVE THE GLOBAL POPULATION AND COMMUNITY, AS TO THE TRUE ORIGINS OF THE PRESENT GLOBAL EPIDEMIC IN THE FORM OF THE SWINE FLU, EXPOSING EVERY CITIZEN OF EVERY NATION TO POSSIBLE IMMINENT DANGER, DEATH, AND DEVASTATION. IF THE INTERNATIONAL COMMUNITY WOULD TAKE NOTICE OF THE (240) PAGE KERSHAW COUNTY PETITION FILED

AT THE END OF 2006, AND THE LETTERS SENT TO PRESIDENT BARACK OBAMA THAT ARE FILED WITHIN THE OHIO AND KENTUCKY DISTRICT COURTS. YOU WILL SEE THE ALLEGED ORIGIN OF THIS PLAGUE THAT HAS PRESENTLY SWEPT THE GLOBE. YOU WILL SEE THE FORETELLING OF THIS PLAGUE CLEARLY MENTIONED IN THE DOCUMENTS FILED WITHIN THE COURTS. IT HIT THE MEXICAN COMMUNITY THE HARDEST DUE TO THE LITIGATION BEFORE THE COURT. THE MEXICAN DRUG CARTELS INVOKED MY JURISDICTION WHEN THEY ATTRIBUTED THEIR SUCCESS TO THIS SO CALLED SACRED SAINT OF CRIMINALS IN BLASPHEMY TO THE TRUTH OF THE ONE TRUE GOD. AS HIS EMISSARY, I WAS COMMANDED TO ACT, TO THE FULFILLING OF WHAT IS WRITTEN IN THE BOOK OF REVELATIONS IN THE INJEEL, THE NEW TESTAMENT, WHICH STATES I WOULD HAVE THE POWER TO SMITE THE EARTH WITH PLAGUES AS OFTEN AS I WILL. DUE TO THE MEXICAN DRUG CARTELS MURDERING AND KIDNAPPING, AND MAKING USE OF THIS FALSE TEACHING OF CATHOLICISM, THEY INVOKED GOD'S WRATH. THIS IS WHY IT OCCURRED IN MEXICO, WAS MOST SEVER THERE AND IN THE AMERICAS, AND WAS NOT TOO SEVER TO THE REST OF THE WORLD. IT WAS DESIGNED TO AT FIRST STRIKE THE CANADIAN HOMOSEXUAL AND LESBIAN COMMUNITY DUE TO THAT COUNTY'S UNJUST TREATMENT OF THE BELIEVERS WHO STOOD UP AGAINST SUCH EVILS. THE OBAMA ADMINISTRATION FURTHER INVOKED THE WRATH OF GOD, BY CONSPIRING TO KEEP THESE PROCEEDING FROM GLOBAL SCRUTINY, SO OUR GOD EXPANDED IT ACROSS THE WORLD TO PROVE THAT WHICH IS WRITTEN IN MALICHI CHAPTER 4, WHICH STATES, UNLESS I COME, UNLESS I AM SET FREE, OUR GOD WILL SMITE THE EARTH WITH A CURSE, WITH A PLAGUE. THUS, IF THESE MATTERS ARE NOT REVEALED BEFORE THE ENTIRE WORLD, AND THE AMERICAN COURTS DO NOT GIVE RULING ON THE LEGAL ISSUES OF SUPPOSED RELIGIOUS PROPHESY, THE PLAGUE WILL AND OR COULD POTENTIALLY KILL BILLIONS WITHIN YOUR RESPECTIVE NATIONS. FOUR DAYS AFTER THE DOUBLE LUNAR ECLIPSE SPOKEN OF IN THE QURAN, SURAH 75, AYATS 8-9, THE FORESEEN MUTATED VERSION OF THE BIRD FLU WRITTEN IN THE (240) PAGE KERSHAW COUNTY PETITION, WILL MUTATE ONE MORE TIME JOINING ITSELF WITH COMPONENTS OF THE AIDS VIRUS PRODUCING A MUTATED STRAND COMBINATION OF BIRD, SWINE, HUMAN AND AIDS VIRUS THAT WILL BE OFF THE CHAIN!! YOUR SCIENTIST AND DOCTORS PRESENTLY POSSESS VACCINE THAT THE VIRUS IN ITS PRESENT FORM RESPOND TO FAVORABLY, BUT YOU DON'T HAVE THE CURE FOR THE AIDS VIRUS, AND IT WILL BE A SORT OF AIR BORN AIDS VIRUS THAT ANYONE CAN CATCH. THIS IS WHAT IS COMING AT YOU IF THESE MATTERS ARE NOT BROUGHT TO THE ATTENTION OF THE WORLD. THE ANGELIC FORCES ARE BEING MOVED INTO POSITION AWAITING THAT SIGN OF THE DOUBLE LUNAR ECLIPSE. GOD WILL SMITE THE EARTH IF WE ARE NOT GIVEN JUSTICE. MANY WILL DIE. THUS, BY THEIR RECKLESSNESS AND NEGLIGENCE, THE UNITED STATES GOVERNMENT, EVEN BY THE PEOPLE WHO HAVE ALREADY DIED, THEIR INVOKING THE WRATH OF GOD, ARE GUILTY OF CRIMES AGAINST HUMANITY BY OPENING THE WORLD UP TO THIS ATTACK BY FRAMING GOD'S MESSENGER. NO ONE CAN JUSTLY ASSERT THAT THE ONE TRUE GOD, OR HIS MESSENGER ARE GUILTY OF CRIMES AGAINST HUMANITY, BECAUSE GOD IS SOVEREIGN. ABSOLUTE POWER AND RIGHT OVER MANKIND IS HIS. MANY OF THE PEOPLE THAT THE MEXICAN DRUG CARTELS SHOT,

KIDNAP AND KILL ARE RIGHTEOUS CHRISTIANS, MUSLIMS, AND JEWS. THEY ARE CITIZENS OF A THEOCRATIC STATE AND OR GOVERNMENT,...MY GOVERNMENT INVOKING MY JURISDICTION AND INTERVENTION. I AM THE ONLY MAN DESIGNATED BY THE DIVINE DECREE OF THE ONE TRUE GOD, THAT CAN STOP THE MEXICAN DRUG CARTELS. EVERY TIME THESE INNOCENT SOULS OF MEXICO ARE SUBJECTED TO THIS CRUEL TYRANNY AND OPPRESSIVE ACTS OF THE MEXICAN DRUG CARTELS, AND THE UNITED STATES HOLDS THE ONE MAN IN UNJUST CAPTIVITY THAT CAN STOP THEM, AND THESE PEOPLE SUFFER AND DIE, THE UNITED STATES GOVERNMENT IS GUILTY OF CRIMES AGAINST HUMANITY. THUS, WE THE PETITIONERS SO CHARGE THEM. THIS WILL BE THE SIGN THAT THE ONE TRUE GOD HAS GIVEN ME TO GIVE THEE. I FORETOLD THAT AN UNSEEN MUTATED STRAND OF THE BIRD FLU WOULD EMERGE. YOUR SCIENTIST CALLED IT A SWINE FLU. I SAY ITS THE BIRD FLU, THEY CALLED IT THE SWINE FLU. ONE OF US IS WRONG. I SAY ITS YOUR SCIENTIST. THIS UNSEEN MUTATED STRAND HAS ALREADY MANIFESTED ITSELF IN MEXICAN AND CANADIAN PIGS. I SAID THE BIRD FLU WOULD COME TO CANADA. IN ORDER THAT YOU MAY KNOW THAT THE WORD, KALAAM, OF GOD THAT IS IN MY MOUTH IS TRUE, YOU WILL SEE THIS FALSELY LABELLED SWINE FLU, NOW APPEAR IN THE CANADIAN BIRDS TO FULFILL WHAT IS WRITTEN IN THE (240) PAGE PETITIONER WHERE I SAID AN UNSEEN MUTATED VERSION OF THE BIRD FLU, NOT THE SWINE FLU, WILL COME TO CANADA. SO I HAVE SPOKEN,...SO SHALL IT BE DONE. AS ISLAM FORETOLD, I WOULD NOT COME WITH CONVENTIONAL WEAPONS.

(3) THE PALESTINIANS IN THE GAZA STRIP ARE REPEATEDLY SUBJECTED TO THE OPPRESSIVE TYRANNICAL DEEDS OF THE ISRAELI GOVERNMENT. THE RECENT BATTLE FOUGHT BY ISRAEL KILLED OVER A THOUSAND INNOCENT PALESTINIAN MEN, WOMEN, AND CHILDREN. THESE ARE MY PEOPLE!! I AM ISRAEL'S KING AND HIGH PRIEST, AS I AM THE PALESTINIANS KHALIFAH AND IMAM. THE BUSH AND OBAMA ADMINISTRATION KNEW OF MY EXISTENCE AND KNEW THAT I WAS THE ONLY MAN ALIVE WHO COULD HAVE STOPPED THAT CARNAGE!!! PRESIDENT CARTER WAS RIGHT. THE ACTS OF THE ISRAELI GOVERNMENT AMOUNT TO APARTHEID!! THEY HAVE BECOME AN INTOLERABLE BREACH. THE ONE MAN WHO CAN BRING PEACE TO THE MIDDLE EAST IS UNJUSTLY FRAMED! BEHIND RELIGIOUS AND RACIAL HATRED. BOTH ADMINISTRATIONS KNEW THIS. THE LIVES OF THE MANY PALESTINIANS THAT NEEDLESSLY DIED DUE TO THERE UNJUSTLY HOLDING ME IS ON THIS COUNTRY'S HEADS!!! BY SUCH THE UNITED STATES GOVERNMENT IS GUILTY OF CRIMES AGAINST HUMANITY. THUS WE, THE PETITIONERS SO CHARGE THEM.

(4) BECAUSE THESE DEVILS IN THIS COUNTRY FRAMED THE DESCENDANT OF GOD'S GREATEST PROPHETS AND KINGS, THE FORERUNNER TO GOD'S CHRIST, GOD IN HIS WRATH HAS UNLEASHED THE FOUR HORSEMEN OF THE APOCALYPSE UPON THE WORLD. I WAS ARRESTED IN JANUARY OF 2000. HAVEN'T YOU NOTICED SINCE MY INCARCERATION THAT THE ENTIRE WORLD JUST SEEMED TO GO CRAZY OUT THERE? THIS PRESENT GLOBAL ECONOMIC CRISIS IS THE FATAL BLOW TO THE BEAST WRITTEN IN THE BOOK OF REVELATIONS. YOUR PRESENT ECONOMIC GLOBAL CRISIS,

KATRINA, 9/11, AL QEIDA GOING FOOL, THE ZSUNAMI IN INDONESIA, THE EARTHQUAKE IN AFGHANISTAN, THE EARTHQUAKE IN CHINA, GLOBAL WARMING INCREASING AROUND THE WORLD, THE RANDOM MASS KILLINGS LIKE THE VIRGINIA TECH, MUMBAI, FINDLAND, JAPAN, AND ALL AROUND THE WORLD, ALL THESE OCCURRENCES OCCURRED BECAUSE THESE LAWLESS SOULS HERE IN THE UNITED STATES GOVERNMENT FRAMED GOD'S APPOINTED KHALIFAH, KING, IMAM, AND HIGH PRIEST. THE WORLD IS BEING SUBJECTED TO ACTS OF GOD. FIRES IN AUSTRALIA, CALIFORNIA, SOUTH CAROLINA, ETC. HURRICANES, INTENSE STORMS, CYCLONES, EARTHQUAKES IN DIVERSE PLACES, WARS AND RUMORS OF WARS. ALL OF THIS IS OCCURRING BECAUSE THEY FRAMED THE FORERUNNER OF CHRIST(PBUH). THIS MEANS THAT THE UNITED STATES GOVERNMENT IS RESPONSIBLE FOR THE DEATHS OF KATRINA, 9/11, THE RISE OF AL QEIDA, THE VARIOUS EARTHQUAKES AND ZSUNAMIS, TO INCLUDE THE DEATHS THAT OCCURRED FROM THIS PRESENT ECONOMIC CRISIS BECAUSE THE UNITED STATES SUBJECTED THE INTERNATIONAL COMMUNITY TO THE WRATH OF GOD BY THEIR WICKED DEEDS. THUS, THE DEATHS OCCURRING, THE UNITED STATES GOVERNMENT IS GUILTY OF CRIMES AGAINST HUMANITY. THUS WE, THE PETITIONERS DO SO CHARGE THEM.

(5) IRAQ!!!,...THE DEATH OF SADDAM HUSSAIN IS THE EMBODIMENT OF THE SECOND WOE WRITTEN IN THE BOOK OF REVELATIONS. THE UNITED STATES GOVERNMENT SHOULD HAVE NEVER WENT INTO IRAQ TALKING ABOUT THEY ARE LIBERATING A THEOCRACY, ATTEMPTING TO SPREAD A DEMOCRACY, WHEN SUCH CONCEPTS ARE THE VERY ANTITHESIS OF A THEOCRATIC GOVERNMENT. THE BELIEVERS OF THIS WORLD ARE NOT A DEMOCRACY. WE ARE A THEOCRACY. WE ARE NOT A GOVERNMENT OF THE PEOPLE BY THE PEOPLE AND FOR THE PEOPLE. WE ARE A GOVERNMENT OF GOD BY GOD AND FOR GOD. WE ARE NOT TOLERATE TOWARDS CONCEPTS SUCH AS GAY RIGHTS, DRUGS, ABORTION, DRUNKS, ILLEGAL SEX, GREED AND MONEY HOARDING, OR DRESSING LIKE A BUNCH OF WHORES AND DOGS. WE ARE A KINGDOM OF PRIESTS!! A KHALIFATE OF IMAMS!!! TO BRING THESE DEMOCRATIC CONCEPTS WITHIN A THEOCRACY WOULD CAUSE CHAOS!! LOOK AT WHAT'S HAPPENING IN IRAQ, PAKISTAN, AFGHANISTAN. THE UNITED STATES GOVERNMENT EVILS HAVE COME UP BEFORE GOD, THEY ARE WEIGHED IN THE BALANCE AND THEY ARE FOUND WANTING. THEY ARE RESPONSIBLE FOR THE DEATH OF EVERY INNOCENT MAN, WOMAN, AND CHILD THAT HAS BEEN SHOT, BLOWN UP, OR KILLED IN IRAQ AND AFGHANISTAN SINCE THE INVASION. THE ONE MAN WHO COULD HAVE PREVENTED THIS, THEY KNOWINGLY KEPT FRAMED IN THIS CORRUPT GOOD OLE' BOY, BEER DRINKING, COON' HUNTIN' BUDDY COUNTRY JAIL. FOR EACH LIFE LOST, THE UNITED STATES GOVERNMENT IS GUILTY OF CRIMES AGAINST HUMANITY. THUS, THE PETITIONERS DO SO CHARGE THEM. YOU THINK GOD SEES AMERICAN LIFE GREATER THAN THE LIVES OF ANY OF THOSE WHO DIE IN THOSE THIRD WORLD COUNTRIES? IF YOU DO YOU THINK AS A FOOL. THE THREE THOUSAND LIVES THAT DIED IN 9/11 ARE SMALL COMPARED TO THOSE LIVES PERISHED IN IRAQ AND AFGHANISTAN. GOD VIEWS THE LIVES OF THE IRAQIS AND AFGHANS JUST AS PRECIOUS AS THE LIVES OF AMERICANS. NONE OF YOU ARE BETTER THAN THE OTHER IN ANY OF YOUR

RESPECTIVE NATIONS!!! DEATH IS DEATH, TYRANNY IS TYRANNY, OPPRESSION IS OPPRESSION IN THE EYES OF GOD, NO MATTER WHAT FOOL ENGAGES IN IT!!!

(6) BY THE LEAD OF THE UNITED STATES GOVERNMENT, AND BY THE EVILS OF YOUR DEMOCRACY, YOU HAVE WHORE HOUSES, STRIP JOINTS, SODOMITES AND LESBIANS, OTHER PLACES OF ILL REPUTE AND EVERY EVIL UNDER THE SUN OPENED UP IN THE ISLAMIC, CHRISTIAN, JEWISH PENINSULA, AMONG A SOVEREIGN, A KINGDOM OF PRIEST, A KHALIFATE OF IMAMS. YOU HAVE MY IRAQI WOMEN WHORING IN SYRIA. MY MEN HAVE COME OUT OF THEIR BEARDS. MY WOMEN HAVE COME OUT OF THEIR HEAD COVERINGS AND VEILS. YOU HAVE MY MEN, WOMEN, AND CHILDREN BEING RAPED BUTCHERED AND HACKED UP ALL OVER THE AFRICAN CONTINENT. THESE ARE MY PEOPLE!!! EVERY TIME MY MEN, WOMEN, AND CHILDREN ARE RAPED, BUTCHERED, AND ENSLAVE IN DARFUR, CONGO, SUDAN, KENYA, CHAD AND THE LIKE, AND THE UNITED STATES GOVERNMENT HOLDS THE ONE MAN IN THE WORLD WHO CAN BRING THESE PEOPLE JUSTICE, UNJUSTLY FRAMED IN THIS CORRUPT PRISON SYSTEM, BY EACH DEATH AND EVIL ACTION PERPETRATED AGAINST MY CITIZENS BY THESE WICKED SOULS, THE UNITED STATES GOVERNMENT IS GUILTY OF CRIMES AGAINST HUMANITY. THUS WE, THE PETITIONERS DO SO CHARGE THEM.

(7) AIDS AND MALARIA IS RUNNING RAMPANT THROUGHOUT THE AFRICAN CONTINENT. FAMINE AND DROUGHT EXIST AT AN UNPRECEDENTED SCALE. THE ETHIOPIANS ARE STARVING AS IS MANY THAT ARE TO COME UNDER MY AUTHORITY. RELIGIOUS PROPHESY CLEARLY STATES, BY MY PURGING OF THE LAND, THE RAIN WILL FALL IN DUE SEASON, THE EARTH WILL GIVE UP ITS YIELD, THE NEEDY WILL LIE DOWN IN SAFETY, THE FIRSTBORN OF THE POOR WILL FEED, YET THESE POOR SOULS ARE MADE TO CONTINUE IN THEIR SUFFERING EVERY DAY WITH VIRTUALLY NO HOPE, BECAUSE THE ONE MAN WHO CAN CHANGE THEIR CONDITION IS UNJUSTLY FRAMED IN THIS CORRUPT JAIL, AND THE BUSH AND OBAMA ADMINISTRATION CONSPIRED TO KEEP THESE FACTS FROM THE INTERNATIONAL COMMUNITY BECAUSE THEY WANT TO PRESERVE THEIR PERVERTED NATIONAL SECURITY INTEREST IN BLATANT DEFIANCE TO JUSTICE AND FAIRNESS, AS WELL AS IN DEFIANCE TO WHATS RIGHT BEFORE GOD AND HIS HOLY ANGELS IN ACTS OF OPPROBRIUM!!! ANATHEMA!!!

THE UNITED STATES GOVERNMENT HAS BEEN CALLED BY SOME THE GREAT SATAN. IT IS BY THEIR TREACHEROUS DEEDS, EVEN THOSE PERPETRATED AGAINST THE CITIZENS OF THEIR OWN NATION, BY SLAVERY, TO INCLUDE THIS MODERN DAY SLAVERY IN THE FORM OF THIS CORRUPT, BROKEN, JUDICIAL SYSTEM THAT HAS OPENED THEM UP TO SUCH A CHARGE. THE EVILS OF THE UNITED STATES GOVERNMENT HAVE COME UP BEFORE THE ONE TRUE GOD OF THE HEAVENS AND EARTH. THIS IS WHY HE ALLOWED ME TO BE FRAMED AND COME TO PRISON. SO THAT I WOULD SEE, EXPERIENCE THESE EVILS FIRSTHAND, AND BY SUCH I WOULD STAND AGAINST THEM, FOR THE SAKE OF JUSTICE AND FAIRNESS. AS A HIGH PRIEST OF GOD OF THE LINE OF AARON, AS CHRIST HAD, I HAVE REDEMPTION POWER. I HAVE

REDEEMED THE MEN OF THE PRISONS OF THIS NATION. BY THE COMMAND OF GOD THEY ARE TO BE GIVEN AN ADDITIONAL OPPORTUNITY TO REPENT BEFORE THE DAY OF JUDGMENT COMES UPON THEIR SOULS. SO HAVE THE ONE TRUE GOD DECREED THIS,...SO IT SHALL BE DONE.

THERE ARE MORE PLAGUES, PROPHESIED TO COME, THAT ARE WRITTEN IN THE (240) PAGE KERSHAW COUNTY PETITION AND OTHER DOCUMENTS FILED IN THE KENTUCKY DISTRICT COURT. INDONESIA, NORTH KOREA THERE'S A FEW COMING DIRECTLY AT YOU. YOUR CITIZENS ARE IN IMMINENT DANGER, AS IS MANY OTHER NATIONS OF THE WORLD IF WE ARE NOT GIVE A FAIR AND IMPARTIAL HEARING ON OUR CASE IN ORDER THAT GOD'S SERVANT MAY GO FORTH. OBTAIN THE DOCUMENTS IN AN ABUNDANCE OF CAUTION TOWARDS YOUR RESPECTIVE NATIONS. THE UNITED STATES HAS DECEIVED YOU. THEY HAVE BETRAYED YOUR TRUST AND KEPT THESE UNPRECEDENTED EVENTS FROM THE GLOBAL COMMUNITY TO PROTECT THEIR NATIONAL SECURITY INTEREST OVER YOUR RESPECTIVE NATIONS NATIONAL SECURITY INTEREST. IS THIS THE NATION THAT YOU WANT TO LEAD YOU?

BARACK OBAMA WILL BE A TWO TERM PRESIDENT AS I PROPHESIED IN THE (240) PAGE PETITION. THE ANTI CHRIST WILL ASCEND THE WHITE HOUSE SEAT AFTER HIS TWO TERMS ARE COMPLETED IN THE 2018 ELECTION. HE WILL BE AN ONE EYED CLOSET FAGOT AND SODOMITE WHO WILL ASCEND THE WHITE HOUSE SEAT BY DEFAULT. THE PRESIDENT OF THE 2018 ELECTION WILL DIE WITHIN A SHORT TIME OF BEING ELECTED BY NATURAL CAUSES. HE WILL HAVE A STROKE AND OR HEART ATTACK. HIS VICE-PRESIDENTIAL RUNNING MATE WILL BE THE ANTI CHRIST. HE WILL BE AD DAJJAL. THIS IS EXPLAINED IN THE (240) PAGE PETITION. IF I AM HERE, THEN HE IS HERE ALSO. EVENTUALLY, AS IT IS WRITTEN IN THE BOOK OF REVELATIONS CONFIRMED BY ISLAM, I WILL DIE BATTLING HIS FORCES, FIGHTING ON THE STREET OF NEW YORK AFTER I RETURN TO THIS NATION TO PROTECT MY BELIEVERS, BUT IN THREE DAYS I WILL BE RESURRECTED TO MEET MY GREAT GRAND UNCLE ISA(PBUH). WE AND THE RIGHTEOUS WILL THEN RETURN AND SEIZE TOTAL POWER OVER THE WORLD. I AM HIS SECOND IN COMMAND. I AM THE LESSER LIGHT, HE IS THE GREATER. EVEN THOUGH HE WILL STILL BE KING AND HIGH PRIEST, AS HIS DIRECT DESCENDANT, HE WILL MAINTAIN THE KINGSHIP, THE KHALIFATE, BUT HE WILL TRANSFER THE KEEP OF THE TEMPLE AND TABERNACLE OVER TO ME ALSO HIGH PRIEST OF THE SONS OF AARON AND HIS SECOND IN COMMAND, AS STATED BY SUNNAH AND THE BOOK OF DANIEL 11:45, "AND HE SHALL PLANT THE TABERNACLES OF HIS PALACE BETWEEN THE SEAS OF THE HOLY MOUNTAIN; YET HE SHALL COME TO HIS END, AND NONE SHALL HELP HIM". ALL HAS BEEN SET THOUSANDS OF YEARS BEFORE I WAS FASHIONED WITHIN MY MOTHER'S WOMB. SO IT IS WRITTEN,...SO LET IT BE DONE TO THE GLORY OF THE GOD I SERVE.

(8) YOUR NATIONS HAVE MY MEN, WOMEN, AND CHILDREN ENSLAVED WITHIN YOUR BORDERS. I WANT MY MEN, WOMEN, AND CHILDREN RELEASED. BY THESE I MEAN MY "MILK CARTOON" PEOPLE. THE ONES WHO ARE HELD WITHIN YOUR RESPECTIVE NATIONS WHO WERE SEIZED FROM THEIR HOMELANDS BY THE WORLD'S HUMAN TRAFFICKERS. YOU HAVE MY MEN, WOMEN, AND CHILDREN BEING HELD AS SEX SLAVES AND FORCED LABORERS. THE ONE TRUE GOD OF THE HEAVENS AND EARTH HAVE ALLOWED ME TO SEE THEIR CONTINUAL SUFFERING, PERSECUTION, AND OPPRESSION IN MY SLEEP!!! THEY CALL OUT TO ME IN THEIR SUFFERING THROUGH THE NIGHT!!! I AM COMMANDED BY THE ONE TRUE GOD TO ACT AS THEIR WALI, THEIR CHAMPION. INDIA AND CHINA ARE FILLING MASS GRAVES WITH THE BODIES OF MY CHILDREN!!! THESE ARE ALSO THE EMBODIMENT OF THE CAPTIVES MENTIONED IN THE BOOK OF ISAIAH CHAPTER 61. I AM COMMANDED TO SET THEM AT LIBERTY. THIS INCLUDES THE ONES ANY OF YOUR NATIONS ARE HOLDING IN SECRET PRISONS AROUND THE WORLD WITHOUT CHARGING THEM, OR DENYING THEM BASIC RIGHTS OF DUE PROCESS. I AM THE DESCENDANT OF HEBREW, IRAQI, ARAB, AND AFRICAN SLAVES, DO YOU NOT THINK THAT THE GOD I SERVE AND HIS SERVANT WOULD NOT CALL THESE EVILS INTO ACCOUNT!!!? YOUR NATIONS HAVE (40) DAYS FROM THE TIME I ASCEND THE THRONE OF ISRAEL. AT THAT JUNCTURE EVERY HUMAN TRAFFICKER AROUND THE WORLD DIES. EVERY PERSON THAT HOLDS ONE OF THESE LITTLE ONES IN WHOM I AM COMMANDED TO PROTECT, THE ENTIRE FAMILY DIES. RECTAL CANCER AND ALL MANNER OF TERMINAL DISEASES WILL CONSUME THEIR GUILTY BODIES AT AN ACCELERATED RATE. THEREAFTER THEY WILL DIE AND REST WITH THEIR FATHERS UNTIL THE FINAL DAY OF JUDGMENT UPON THEIR WORTHLESS SOULS. THIS IS FORETOLD TO YOUR NATIONS WITHIN THE DOCUMENTS FILED IN THE COURTS AS WELL. I AM THE CHAMPION OF THESE INNOCENT SOULS YOUR NATIONS HOLD CAPTIVE. I AM THEIR WALI, THEIR PROTECTOR. I AM THE ONLY MAN IN THE WORLD WHO CAN BRING AN END TO THEIR CAPTIVITY AND OPPRESSION. MANY OF THEM HAVE DIED AND WILL DIE IF I DO NOT ACT. THIS IS AN INTOLERABLE BREACH ON THE PART OF YOUR NATIONS. THE UNITED STATES GOVERNMENT KNOWS I AM SENT TO AID THESE OPPRESSED PEOPLE. EVERY DAY THAT THESE PEOPLE STAY UNDER THE BONDS OF THIS TREACHEROUS, OPPRESSIVE, CAPTIVITY. THESE HUMAN TRAFFICKING DOGS AND PIGS, THE ONES WHO HAVE DIED SINCE MY ARREST AND THE ONES WHO WILL DIE IF I AM NOT RELEASED, AND THE UNITED STATES GOVERNMENT CONTINUALLY HOLD ME KNOWING FULLY WELL THAT I AM FRAMED FOR THE MURDER OF ONE OF MY OWN, AND THESE CAPTIVE SOULS ARE DENIED THEIR FREEDOM, SUCH PRODUCES CRIMES AGAINST HUMANITY. THUS WE, THE PETITIONERS DO SO CHARGE THEM.

AS SALAMU ALAYKUM. HERE ME O' UMMAH OF ALLAH. HEAR THE WORDS OF AL MAHDI, AHLE BAYT, THE LION AND KHALIFAH OF ALLAH. I HEREBY OFFICIALLY LAY CLAIM OF THE KHALIFATE OF ISLAM TO INCLUDE POWER OVER THE HOLY CITY OF MECCA. I AM QURAYSH. I AM ITS TRUE KEEPER AS I AM OVER THE TEMPLE IN ISRAEL. YOU ALL ARE TO END YOUR GLOBAL JIHAD!!! END IT NOW, OR I WILL SEND THE DISSENTERS TO THE

DARKEST PITS OF HELL!! EVERY TIME YOU FOOLS IN YOUR IGNORANCE BLOW UP A BOMB YOU UNJUSTLY KILL AN INNOCENT RIGHTEOUS MUSLIM, CHRISTIAN, OR JEW IN WHOM I AM COMMANDED TO PROTECT. CHRISTIANS, MUSLIMS, AND JEWS ARE BROTHERS!!! WE ALL WORSHIP THE SAME GOD!!! FOOLS!!! YOU ALL HAVE THE SAME KING, KHALIFAH, HIGH PRIEST AND IMAM! THIS IS THE EDICT I PLACE BEFORE THEE. END THIS MADNESS AROUND THE WORLD OR I WILL SEND YOU TO YOUR DEATHS. WITH THIS RELIGIOUS EDICT IN PLACE, THIS MEANS THAT NONE OF YOU WHO ENGAGES IN THIS UNSANCTIONED JIHAD WITHOUT MY AUTHORITY WILL SEE JANNAT. YOU WILL ONLY EMBRACE THE HELLFIRE, WHERE THE FUEL IS MANKIND AND BRIMSTONE, WHERE THE WORM DIETH NOT, WHERE THERE FIRES ARE NEVER QUENCHED, WHERE THERE IS NO LAW, AND WHERE THERE IS NO AGREEMENT!!!

ABDULLAH OF ARABIA, YOU ARE TO STOP THE JANJAWE IN DAFAR. FOR FAILURE I WILL HOLD YOU IN ACCOUNT. YOU DOGS AND PIGS AROUND THE WORLD WANT TO RAPE, BUTCHER, AND SLAUGHTER MY WOMEN, I WILL SEND YOU TO YOUR DEATHS WITH THE KALAAM OF ALLAH THAT WILL PROCEED OUT OF MY MOUTH!!! BY THE COMMAND AND LEAVE OF THE I AM, ALLAH, I PLACE A SEAL AROUND ALL BELIEVING WOMEN AROUND THE WORLD, CHRISTIAN, MUSLIM, AND JEW ALIKE. FOUR DAYS AFTER THE SHOWING OF THE DOUBLE ECLIPSE, ANY DOG OR PIG THAT WANTS TO RAPE AND ABUSE MY WOMEN WILL BE SUBJECTED TO AN ACT OF GOD. THE PERPETRATORS WILL DEVELOP SEVERE CEREBRAL PALSY AND WITHER UP LIKE A ROTTEN GRAPE OR PRUNE. THE CEREBRAL PALSY WILL BE SO SEVERE THEY WILL NO LONGER BY ANY MEANS MENTALLY OR PHYSICALLY BE ABLE TO OBTAIN AN ERECTION. THUS, I WILL CASTRATE YOU, WITHOUT CASTRATING YOU. WHEN YOU, O' UMMAH OF ALLAH, SEE THESE DOGS AND PIGS WHO HAVE FALLEN VICTIM TO THIS FORETOLD PLAGUE, BY THE LAWS OF THE MUSLIMS, CHRISTIANS, AND JEWS, YOU ARE TO STONE THEM TO DEATH!!! YOU ABUSE AND VIOLATE MY WOMEN I WILL ABUSE AND VIOLATE YOU. AN EYE FOR A EYE, A HAND FOR A HAND, A FOOT FOR A FOOT, A TOOTH FOR A TOOTH. THIS IS THE LAW OF GOD, AND IT IS A MARVELOUS THING IN HIS SIGHT.

AS AFORESAID, SAUDIS, YOU ARE TO RELINQUISH CONTROL OVER THE HOLY CITY TO ME, AND MUSLIMS I WANT FADAK!! THE SHIA WERE CORRECT. ABU BAKR LIED. THE PROPHETS DO LEAVE INHERITANCE TO THEIR FAMILIES. THIS IS CLEARLY SEEN NUMEROUS TIMES IN THE TAURAT. MY GREAT GRANDMOTHER DIED OF A BROKEN HEART BEHIND YOUR EVILS. YOU WILL RETURN TO MY MOTHER HER INHERITANCE OR BE SUBJECT TO AN ACT OF GOD. MY MOTHER WILL HAVE JUSTICE EVEN IF ITS FROM THE GRAVE!!! I DON'T WANT THIS LAND PERSONALLY. I HAVE NO NEED OF IT. IT WILL GO TO HER DESCENDANT, MY DAUGHTER, HER DAUGHTER, THE DAUGHTER OF THE SOUTH WRITTEN IN THE BOOK OF DANIEL, AND SHE WILL FOLLOW THE EXAMPLE OF HER GREAT GRANDMOTHER FATIMA IN HOW SHE HANDLED THE LAND.

MUSLIMS WORLDWIDE, YOU ARE TO DISSOLVE YOUR SECTS. ALLAH

SUBHANNA WA TA 'ALA DID NOT MAKE SUNNIS, SHIA, ORIENTALIST, SUFIS, OR NONE OF THIS BIDAH AND MADNESS YOU ALL PRODUCED IN YOUR TAGUT. ALLAH MADE MUSLIMS!!! ALL MUSLIMS AROUND THE WORLD WILL DISSOLVE YOUR SECTS, OR YOU WILL BE SUBJECTED TO AN ACT OF GOD. I WILL NOT BAT AN EYE OR FLINCH IN DEALING WITH THIS BIDAH, THIS TAGUT YOU ALL CREATED.

OSAMA BIN LADEN, AKHI, YOU, ALL OF AL QEIDA, ALL OF THE TALIBAN, ALL OF YOU WILL SURRENDER TO ME. YOU WILL SURRENDER TO AHLE BAYT. WITH THE EXCEPTION OF AL QEIDA'S SECOND IN COMMAND. HE WILL FALL TO THE CAPTIVITY OF THE WEST FOR MAKING USE OF THE TERM "HOUSE NEGROES". NO MUSLIM WILL FALL UNDER THE JURISDICTION OF ANY FOREIGN COURT OR GOVERNMENT. YOU WILL BE TRIED IN AN ISLAMIC COURT, BY YOUR FELLOW MUSLIMS. NO MUSLIM, CHRISTIAN, OR JEW WILL BE DENIED THEIR RIGHTS UNDER THEOCRATIC LAW. YOU WILL EITHER PAY THE BLOOD WRIT, OR THE SENTENCE WILL BE DEATH UPON CONVICTION BY THE QADI BOARD. THIS IS HOW IT WILL BE. BY THE TEACHINGS OF THE THREE TRUE RELIGIOUS, THE BELIEVERS POLICE OUR OWN. WE CLEAN OUR OWN HOUSE. SO I HAVE SPOKEN,...SO SHALL IT BE DONE. THIS INCLUDES THEM SHAITAN MUSLIM DRUG DEALERS THAT CALL THEMSELVES THE TALLIBAN. IF ANY OF YOU WANT RULE OVER ANY PROVINCE IN THE ISLAMIC PENINSULA, DON'T FIGHT THE FOREIGN INVADERS, FIGHT ME, THE TRUE HEIR TO THE KHALIFATE. ALL FOREIGN BASES AND EMBASSIES MUST BE CLOSED AND YOUR NATIONS TROOPS WITHDRAWN. WE ARE A THEOCRACY, NOT A DEMOCRACY. WE HAVE NO NEED OF DEMOCRATIC FORCES AND TROOPS WITHIN OUR JURISDICTION. ALL FOREIGN FORCES MUST LEAVE, OR YOU ARE SUBJECT TO BECOME COLLATERAL DAMAGE! THE BELIEVERS POLICE THEIR OWN. INTERNATIONAL FORCES MUST LEAVE WHILE THE OPPORTUNITY EXIST, OR YOU TOO MAY BE SUBJECT TO AN ACT OF GOD IN HIS WRATH.

TO THE PUPPET AMERICAN GOVERNMENT IN IRAQ,...STAND DOWN! YOU ARE NO LONGER IN AUTHORITY OVER IRAQ WITH YOUR DEMOCRATIC EVILS, WHORE HOUSES, STRIP JOINTS, AND OTHER TAGUT YOU ALLOWED AMONG MY UMMAH. AL SADR WILL BE DESIGNATED AS AMIR OF IRAQ, NO ONE ELSE. ANY FOOL WITH HALF WAY COMMON SENSE CAN SEE THAT IT WAS NOT THE SURGE, OR THE SUNNI AWAKING THAT CAUSED ANY KIND OF STABILITY IN IRAQ. WHAT CAUSE THE QUELL IN VIOLENCE WAS THAT AL SADR LAID DOWN ARMS. HE WAS THE ONLY ONE WITH ENOUGH TAWQA AND PIETY TO KNOW THAT THE SHEDDING OF MUSLIM BLOOD UNDER THE CIRCUMSTANCES BEFORE YOU WAS IMPERMISSIBLE. HE WAS THE ONLY ONE TO SEE THROUGH THE TRICKS OF THE SHAITAN THAT HAD YOU ALL AT EACH OTHERS THROATS AND COMMANDED HIS PEOPLE TO LAY DOWN ARMS. HE AND THE ARMY NAMED AFTER YOUR KHALIFAH, IS THE ONLY ONE WORTHY TO LEAD AND PROTECT MY UMMAH IN IRAQ BY HIS SHOWN WISDOM. AL SADR, AKHI, IF YOU WOULD ACCEPT IT, THE AMIRSHIP IS YOURS. PREPARE YOURSELF FOR MY SOON ARRIVAL. ANYONE WHO WOULD DARE TO STAND IN REBELLION, YOU CAN MEET AND FACE ME ON THE SANDS OF KABALA, WHERE YOU SLAIN MY ANCESTOR HUSAIN. THERE I WILL EXACT JUSTICE UPON YOU

ALL WHO REBEL FOR HIS DEATH!!! AL MAHDI CHALLENGES YOU COWARDS WHO ACT LIKE SCARED WOMEN TO BATTLE. THE ELEMENTS OF JIHAD BELONG TO THE LION OF ALLAH. JANNAT IS UNDER THE SHADOW OF THE SWORD! YOU PIGS WANT TO BLOW UP AND KILL MY PEOPLE?,...THEN I WILL KILL YOU. I WILL SEND YOU TO YOUR DEATHS!! IT IS THERE THAT YOU SHALL FACE THE 200 MILLION HORSEMEN BOUND AT THE EUPHRATES. THEY ARE THERE AWAITING THE EXACT YEAR, THE EXACT MONTH, THE EXACT DAY, THE EXACT HOUR THAT I ENTER THE IRAQI PROVINCE. NO HUMAN FORCE CAN STAND AGAINST THEM!

TO MY UMMAH IN IRAN WHO NOW STAND IN PROTEST OF THE RECENT ELECTION,...STAND DOWN!! AHMED MUHADIINAPIG! SECOND TERM IS DECREED BY THE QADR OF ALLAH DUE TO WHAT I WROTE IN THE (240) PAGE PETITION AND THE DOCUMENTS FILED IN THE FEDERAL COURT. BY THOSE DOCUMENTS I PROPHESIED THAT I WOULD BE THE ONE TO UNSEAT AHMED MUHADIINAPIG, BECAUSE IN THE PAST HE MADE THE DECEPTIVE CLAIM TO MY UMMAH THAT HE WAS AL MAHDI, THIS TREACHEROUS DOG AND PIG! AS MY GREAT GRANDFATHER(PBUH) INSTRUCTED YOU, "HE WHO DECEIVES US, IS NOT ONE OF US". I MADE THE CLAIM FIRST, BEFORE HONORABLE MUSLIMS TO INCLUDE THE SOON TO BE MOTHER OF THE BELIEVERS, SALWA ADLY, DAUGHTER OF THE IMAM AT THE MOSQUE ON GERVAIS STREET IN COLUMBIA S.C.. SHARIAH AND SUNNAH ARE CLEAR ON THIS ISSUE. WHEN ONE FIRST COMES AND MAKES A RIGHTEOUS CLAIM ON THE KHALIFATE AND BAYT, AND ANOTHER COMES AFTER HIM TO ALSO MAKE THE CLAIM, YOU ARE TO KILL THE SECOND CLAIMER. AHMED MUHADINAPIG BELONGS TO ME. NO ONE IS TO TOUCH A HAIR ON HIS HEAD. THIS IS MY COMMAND. I WILL DEAL WITH HIM PERSONALLY. AYATOLLAH OF IRAN,...STAND DOWN!!! IF YOU HARM A HAIR ON MY PEOPLE'S HEAD I WILL HAVE YOURS IN THEIR PLACE. I AM SUPREME LEADER OF IRAN. IF YOU DO NOT ACCEPT THIS, SEND YOUR REVOLUTIONARY GUARD. I WILL STAND AGAINST THEM PERSONALLY. MY GREAT GRANDFATHER(PBUH) INFORMED YOU THAT IN MY COMING YOU ARE TO COME AND SWEAR ALLEGIANCE TO ME EVEN IF YOU HAD TO CRAWL OVER ICE!!! OBEY OUR PROPHET, OBEY ALLAH, AND TAKE THE BAYT AT MY HAND AND LIVE, OR YOU WILL ASSUREDLY DIE!

IRANIANS, YOU ARE NOT TO SUPPORT MUSAVI. WHY WOULD YOU WANT TO REPLACE A PIG WITH A DOG? THIS SHAITAN AND FASIQUN IS JUST AS WICKED AS MUHADDIINAPIG. YOU HAVE VEERED INTO MISGUIDANCE. I WILL PROVE THIS TO YOU BY QURAN AND SUNNAH. BY OUR TEACHINGS, IS IT NOT INCUMBENT UPON THE RULER OF THE MUSLIMS TO BE WILLING TO DIE, STANDING IN THE CAUSE OF ALLAH? YES, IT IS. IS IT NOT INCUMBENT UPON THE RULER OF THE MUSLIMS, TO BE FIRST IN BATTLE, STANDING WITH HIS UMMAH WHEN THE FIGHT IS AGAINST INJUSTICE? YES, IT IS. DID NOT THE RASOOLAH(PBUH), ALI IBN ABU TALIB, AND ALL THE RIGHTEOUS COMPANIONS, WERE THEY NOT FIRST IN THE LINE OF BATTLE FIGHTING AGAINST THE WORSHIP OF FALSE GODS AND THE ENEMIES OF ALLAH? YES, THEY WERE. THEN WHERE IS THIS FOOL, THIS DOG, THIS COWARD, THIS PIG MUSAVI, WHILE MY UMMAH, MY MEN, WOMEN, AND EVEN CHILDREN OF IRAN ARE STANDING IN PROTEST TO PLACE HIM IN OFFICE TO THE GIVING OF THEIR VERY LIVES? THIS DOG

DECEIVED YOU. HE STATED THAT HE WAS WILLING TO BE A MARTYR, STANDING IN THE CAUSE OF ALLAH AGAINST INJUSTICE, AND WHEN THE TRUE JIHAD AROSE, THIS COWARD SEND MEN, WOMEN, AND EVEN CHILDREN TO DIE IN HIS PLACE, WHILE HE SITS HIS FAGOT. COWARD BEHIND HOME PAINTING DANDELIONS ON A CANVAS, HIDING UNDER HIS BED, WITH LESS COURAGE THAN THE WOMEN AND CHILDREN HE SENDS TO DIE IN HIS PLACE, SENDING YOU MESSAGES VIA THE INTERNET? ARE YOU MAJNUN!!! HE THAT DECEIVES US, IS NOT ONE OF US!! IF THIS COWARD WOULD HAVE LIVED DURING THE TIMES OF MY GREAT GRANDFATHER(PBUH), THE UMMAH WOULD HAVE BEEN REQUIRED TO CHOP AT HIS NECK!!! NOW YOU WANT TO PLACE THIS DOG AND COWARD AS RULER OVER THE BELIEVERS!!!? YOU ARE MISGUIDED. THE SHAITAN HAS USED THIS SNAKE TO DECEIVE YOU, STAND DOWN UMMAH OF ALLAH, SABR, AWAIT THE FINAL SIGN OF THE DOUBLE ECLIPSE WITH ME. THEREAFTER, ONE WHO IS TRULY CALLED TO LEAD YOU SHALL COME, AL MAHDI, THE DIRECT DESCENDANT OF YOUR PROPHET(PBUH).

HEAR THE WORDS OF THE DIRECT DESCENDANT OF YOUR PROPHET(PBUH) O' UMMAH OF ALLAH, AS IS GIVEN TO ME BY THE COMMAND OF THE ONE TRUE GOD. YOU ALL,WILL ALL,ACKNOWLEDGE THE ACCEPTANCE OF ISRAEL AMONG US. THIS IS THE COMMAND OF OUR RABB. IS NOT DAWUD, KING DAVID OF THE JEWS OUR PROPHET ALSO?. WAS HE NOT ALSO MUSLIM IN THAT HE WAS IN SUBMISSION TO THE COMMANDS OF ALLAH?. WELL THEN, ALLAH, THE ONE, MADE A PROMISE AND COVENANT WITH OUR PROPHET AND MY GREAT GRANDFATHER KING DAWUD, THAT BANI ISRAEL WILL ALWAYS BE GIVEN A PLACE AMONG US. ARE YOU ALL FASIQUN ENGAGING IN ACTS OF ZULM, THAT YOU WOULD ENDEAVOR TO MAKE ALLAH A LIAR? THE BEST KIND OF JIHAD IS ENGAGED BY MUSLIMS WHO STRIVE TO MAKE OUR LORD'S WORD SUPERIOR. IF YOU ATTEMPT AND ENDEAVOR TO USURP THE WORD, PROMISE, AND COMMAND OF ALLAH GIVEN TO ONE OF HIS DEVOUT SERVANTS, I WILL VIEW IT AS THOUGH YOU HAVE APOSTATE!!! YOU ALL WILL ACCEPT THE EXISTENCE OF ISRAEL. I WILL IRON OUT THE DIFFERENT ISSUES THAT EXIST BETWEEN YOU. THIS IS NON-NEGOTIABLE.

EVERY NATION AND PROVINCE AMONG US WILL DISARM. THIS GOES FOR YOU TOO ISRAEL. THERE WILL BE NO NUCLEAR WEAPONS AMONG US. WHAT NEED HAVE THE SERVANTS OF THE ONE TRUE GOD HAVE WITH SUCH TOOLS OF THE DUNYA, THE CHILDREN OF THE SHAITAN. IS NOT THE I AM, ALLAH, OUR WALI, OUR PROTECTOR? IF ALLAH IS FOR US, WHO CAN STAND AGAINST US? WE WILL HAVE ALLAH HIMSELF, AND THE ARK OF THE COVENANT AMONG US. WHAT CAN HARM US IF THIS IS THE CASE. EVEN AD DAJJAL'S EFFORTS TO DESTROY US WILL NOT SUCCEED, BECAUSE EVEN IN DEATH!!! I WILL RISE AGAIN, AND I WILL RETURN WITH ISA, CHRIST JESUS(PBUH), MY ANCESTOR, AND WE WILL WIPE THAT PIG OFF THE FACE OF THE EARTH!!! WE ARE A KINGDOM OF PRIEST, A KHALIFATE OF IMAMS. LET THE DUNYA FEAR ALLAH, THE ONE. HE IS MORE THAN SUFFICIENT FOR THOSE WHO WILL SERVE HIM. SO I HAVE COMMANDED,...SO LET IT BE DONE.

ONE FINAL THING O' UMMAH OF ALLAH. THE CHRISTIANS AND JEWS WERE CORRECT. MY GREAT GRANDFATHER, AS MUCH AS I LOVE AND ADORE

HIM, IS NOT THE LAST AND FINAL MESSENGER. THE LAST MESSENGER THAT THE BOOKS OF THE CHRISTIANS AND JEWS REFER TO, IS THE DIRECT DESCENDANT OF MUHAMMAD(PBUH). IT IS AL MAHDI, AN AYAT, SIGNS AND WONDERS PRODUCING PROPHET. THE RASOOLAH(PBUH), IN SAHIH AL BAKHARI, THE BOOK OF FITAN, CLEARLY INFORMED YOU THAT AFTER HIS DEATH THE SAHABAH WOULD ENTER HERESIES IN OUR RELIGION. "SEAL" OF THE PROPHETS DO NOT MEAN LAST AND FINAL MESSENGER. SEAL MEANS THAT WHICH RATIFIES YOU, THAT WHICH SHOWS YOU BELONG TO A PARTICULAR GROUP OF PEOPLE. SO SEAL OF THE PROPHET MEAN THAT WHICH SHOWS YOU BELONG TO MUHAMMAD(PBUH) AS YOUR PROPHET, AND THE BODY OF THE MUSLIM UMMAH. WE ARE A RELIGION OF PROOF. FURTHER PROOF IS THAT IT WAS SAID THAT THIS SUPPOSED SEAL OF HIM BEING THE LAST AND FINAL MESSENGER MANIFESTED ITSELF IN A FORM OF A MARK THAT WAS ON HIS BACK BETWEEN HIS SHOULDERS. IF THIS MARK WAS PROOF THAT HE WAS THE LAST AND FINAL MESSENGER, THEN WHY DO I POSSESS THIS SAME EXACT MARK IN THE SAME PLACE IN WHICH HE HAD HIS? YES, UMMAH OF ALLAH. AL MAHDI BEARS THE PROPHET'S SEAL, A GIFT, GIVEN TO ME BY ALLAH AND MY GREAT GRANDFATHER(PBUH) TO PROVE TO YOU THE VERY THING I TELL YOU. SINCE I BEAR THIS EXACT SAME SEAL OF MY GRANDFATHER, THEN BY YOUR OWN ASSESSMENT OF THIS MATTER, I AM THE LAST AND FINAL MESSENGER, CONFIRMING THAT WHICH IS WRITTEN IN THE HOLY BOOK OF THE TAURAT AND INJEEL. NO MERE MORTAL OR KHALIFAH CAN CAUSE THE EARTH TO OPEN UP AND SWALLOW PEOPLE OR CALL FORTH PLAGUES. EVERY PLACE IN THE QURAN WHERE YOU SEE SUCH THINGS OCCURRING, THAT MAN WAS A MESSENGER, AS THE HOLY BOOKS STATE I WOULD BE. A MESSENGER IS REQUIRED TO UNDO WHAT YOU'VE DONE TO OUR RELIGION. NO MERE KHALIFAH CAN CORRECT ANY DEFICIENCIES IN THE RELIGIOUS DOCTRINE, WHICH IS WHY ISA, CHRIST(PBUH) SAID I WOULD COME TO RESTORE ALL THINGS. FURTHER PROOF OF MY LINEAGE IS I POSSESS A SICKLE CELL TRAIT. SICKLE CELL IS A DISEASE THAT ORIGINATES EXCLUSIVELY FROM THE ISLAMIC, CHRISTIAN, JEWISH PENINSULA. THIS IS INDISPUTABLE PROOF THAT MY ANCESTORS ARE NOT FROM THIS COUNTRY. MY ANCESTORS ARE YOUR ANCESTORS. THIS IS MY PROOF TO YOU. ACCEPT IT OR LEAVE IT. IT WILL NOT PREVENT THAT WHICH IS WRITTEN FROM COMING TO PASS, NOR WILL IT HINDER THAT WHICH ALLAH DECREES IF YOU DOUBT. BISMILLAH IR RAHMAN IR RAHIM.

REFERRING BACK TO THE ISSUE OF IRAQ. THIS IS WHY THE RECENT SPIKE IN VIOLENCE IS AIMED AT THE SHIA. THESE RATS AND SNAKES INVOLVED KNOW THAT WHAT I JUST INFORMED YOU IS TRUE. IT WASN'T THE SURGE OR THE SUNNI AWAKENING THAT CAUSE THE QUELL IN VIOLENCE. IT WAS SADR CALLING HIS PEOPLE TO LAY DOWN ARMS. IF THESE DOGS! CAN SUCCED IN CAUSING SADR TO RISE UP AGAIN, THEY KNOW IRAQ WOULD BE THROWN INTO CHAOS!, AND THEY CAN BLAME THE WEST, IN THEIR EFFORTS TO PROMOTE THIS UNSANCTIONED GLOBAL JIHAD AND OBTAIN RECRUITS, AT THE EXPENSE AND LIVES OF INNOCENT MUSLIMS, MY PEOPLE, AS WELL AS AT THE EXPENSE OF RIGHTEOUS CHRISTIANS AND JEWS WHOM ALL I AM SWORN TO PROTECT. SADR, SABR AKHI. DO NOT BE FOOLED OR MANIPULATED BY THE TOOLS OF THE

SHAITAN. AKHI, YOU MUST MINIMIZE THE AMOUNT OF DAMAGE THESE DOGS AND PIGS CAN CAUSE UNTIL I ARRIVE. MINIMIZE THE AMOUNT OF PEOPLE AT THE VARIOUS MARKETS AND PLACES OF GATHERING. PLACE FORTH MEN AND WOMEN TO SEARCH PEOPLE FOR EXPLOSIVES AT THE VARIOUS MOSQUES AND HOLY SITES WHETHER IT BE AT THE ACTUAL SITES, OR DURING THERE TRAVEL THERETO, BUT DO NOT ENGAGE IN OPEN CONFRONTATION WITH THESE DOGS AND PIGS UNLESS SUCH BECOMES ABSOLUTELY NECESSARY. IT MAY BE AN INCONVENIENCE, BUT SUCH IS NOW NEEDED TO SECURE THE SAFETY OF THE MUSLIMS. WOMEN SEARCH THE WOMEN, MEN SEARCH THE MEN. PROTECT MY PEOPLE SADR, MY UMMAH THAT WILL COME UNDER YOUR AMIRSHIP. WE ARE AT WAR WITH FUSIQUN, ZULIMUN, WHO HAVE INFILTRATED OUR RANKS AS MUSLIMS. SUNNIS, KURDS, ETC., I AM THE DIRECT DESCENDANT OF YOUR PROPHET(PBUH)!!! YOU ARE COMMANDED TO STAND WITH SADR AND PROTECT YOUR SHIA BROTHERS AND SISTERS AS WELL AS THE RIGHTEOUS AMONG ALL OF YOU ITKWAAN. THE RASOOLAH(PBUH) INSTRUCTED YOU TO GIVE ME YOUR ALLEGIANCE EVEN IF YOU MUST COME TO ME CRAWLING OVER ICE!!! DO NOT FAIL YOUR KHALIFAH AND INVOKE THE WRATH OF THE LION OF ALLAH. STAND WITH YOUR SHIA BROTHERS! I WILL DEAL WITH YOUR DIVISIONS WHEN I GET THERE. IT'S TIME TO STOP YOUR PETTY HATREDS AND UNIFY OUR UMMAH!

AN ADDITIONAL ISSUE. AS MUCH AS I HATE TO AGREE WITH AHMED MUHADIJNAPIG AND THE AYATOLLAH OF IRAN, THEY ARE CORRECT. ALL INDICATION POINT TO POSSIBLE INVOLVEMENT OF THE WESTERN GOVERNMENTS TO STIR UNREST IN IRAN. THIS PRACTICE HAS BEEN A COMMON TOOL AND DESIGN OF THE WEST SINCE THE FOUNDING OF THE CIA. THIS IS SEEN IN BOOKS LIKE THE RISE OF GLOBALISM, AND OTHER SUCH BOOKS ON THE SUBJECT. LET THE CONFIRMATION OF THE EMISSARY OF THE I AM, ALLAH GIVE THEIR STATEMENTS WEIGHT. THEIR ASSESSMENT IN THIS MATTER MAY BE CORRECT. THIS IS ANOTHER REASON WHY YOU O' UMMAH OF ALLAH IN IRAN ARE COMMANDED TO STAND DOWN BY THE DIRECT DESCENDANT OF YOUR PROPHET(PBUH). IT IS ALSO ANOTHER REASON WHY ALL FOREIGN BASES AND EMBASSIES MUST BE CLOSED AND FOREIGN TROOPS REMOVED, TO PREVENT ANY FURTHER INTERFERENCE OF FOREIGN GOVERNMENTS INTO THE AFFAIRS OF THE BELIEVERS WORLDWIDE. IT WAS THE COMMAND OF THE PROPHET MUHAMMAD(PBUH), THAT THE INFIDELS BE REMOVED FROM THE ISLAMIC PENINSULA. IT WAS THE COMMAND OF CHRIST(PBUH), HIS DISCIPLES(PBUT), AND THE PROPHETS BEFORE HIM(PBUT), FOR US TO COME OUT FROM AMONG THEM!!! BE YE HOLY(SEPERATE, DEDICATED, SET APART TO OUR GOD), FOR GOD IS HOLY. BE IN THE WORLD, BUT NOT OF THE WORLD. AS JAMES IN THE NEW TESTAMENT SAID, BE YE UNSPOTTED FROM THE WORLD!!! THIS IS THE COMMAND OF OUR GOD, AND OF ALL OF OUR PROPHETS. SO IT IS WRITTEN,...SO SHALL IT BE DONE.

PAKISTANI GOVERNMENT,...END YOUR ASSAULT ON THE TALLIBAN. I AM YOUR KHALIFAH AND IMAM AS DESIGNATED BY THE QADR OF ALLAH! EVERY TIME YOU ENGAGE THESE FOOLS, MY INNOCENT UMMAH IS MADE TO SUFFER FOR YOUR IMPOTENT EFFORTS. THE COLLATERAL DAMAGE, DEATH, AND SUFFERING OF MY UMMAH IS AN UNACCEPTABLE EXCHANGE FOR YOUR

EFFORTS TO ERADICATE THEIR EVILS FROM AMONG YOU!!! IT IS THE DECREE OF OUR RABB THAT I ELIMINATE THESE EVILS FROM AMONG US. YOU HAVE BECOME TO WICKED AND CORRUPT ANYWAY, TO ACT AS JUDGE AND JURY OVER THEM, WHEN YOUR TAGUT, YOUR ACCEPTANCE OF THESE WESTERN EVILS IS WHAT INVOKED THEM IN THE FIRST PLACE. THE PAKISTANI AND AFGHAN GOVERNMENTS BELONG TO ME. YOU FOOLS CONTINUE TO JEOPARDIZE THE SAFETY OF MY INNOCENT PEOPLE BY YOUR TAGUT WITH NO FEAR OF ALLAH IN DEFIANCE TO AL-BIRR. THIS I CANNOT PERMIT. STAND DOWN!!! OR YOU WILL INVOKE THE WRATH OF THE LION OF ALLAH, AND HELL!! WILL ENLARGE ITSELF TO RECEIVE YOUR WORTHLESS SOULS! TALLIBAN, YOU ALL WILL SURRENDER TO AHLE BAYT, OR YOU ALL WILL ASSUREDLY DIE. MY GREAT GRANDFATHER, THE RASOOLAH(PBUH), TOLD YOU ALL TO OBEY THE KHALIFAH OF ALLAH, AL MAHDI, EVEN IF HE WERE A BLACK ABYSSINIAN WITH THE HEAD OF A RAISIN!!! NOW THE TRUE TEST OF WHO IS MUSLIM, AND WHO IS NOT IS LAID BEFORE YOU. ALLAH SUBHANA WA TA 'ALA WILL JUDGE YOU FOR YOUR EVILS. I AM HIS BATTLE AXE AND HIS WEAPONS OF WAR! BISMALLAH IR RAHMAN IR RAHIM.

MAY THE BLESSINGS OF CHRIST JESUS(PBUH), KEEP AND GUIDE YOU IN THESE PERILOUS TIMES O' BELOVED BODY OF CHRIST(PBUH), MY CHRISTIAN BRETHREN. HEAR THE WORDS OF YOUR GOD APPOINTED KING AND HIGH PRIEST. AS CHRIST TOLD YOU IN MARK 9:12, AS IT IS WRITTEN OF HIM IT IS WRITTEN OF ME. HIS MOTHER'S NAME IS MARY, MY MOTHER'S NAME IS MARY. AS HE IS KING, PROPHET AND HIGH PRIEST, I AM KING PROPHET AND HIGH PRIEST. AS HE WAS BORN BY HUMBLE MEANS IN A STABLE, I WAS BORN BY HUMBLE MEANS IN AN GHETTO PROJECT OF THE NORTHEAST. AS HE WAS BETRAYED BY THOSE NEAREST TO HIM, I WAS BETRAYED BY THOSE NEAREST TO ME. AS HE WAS UNJUSTLY IMPRISONED, I AM UNJUSTLY IMPRISONED. I HAD MY JUDAS AND PETER BETRAYALS PURSUANT TO THOSE THAT FED A PORTION OF MY MEAT. AS HE DIED AND WAS RESURRECTED IN THREE DAYS, I SHALL DIE AND BE RESURRECTED IN THREE DAYS AS IS WRITTEN IN REVELATIONS CHAPTER 11. MY GREAT GRAND UNCLE ALSO INFORMED YOU THAT THERE WILL BE NO SIGN GIVEN UNTO YOU THAN THAT OF THE SIGN OF THE PROPHET JONAH. I AM THE PROPHET JONAH!!!, CONFIRMING WHAT YOUR BROTHER RELIGION ISLAM STATED, THAT I WOULD BE NAMED AFTER A PROPHET BECAUSE I RESEMBLE HIM IN BEHAVIOR, BUT NOT IN LOOKS. WHEN CHRIST(PBUH) SPOKE OF THIS SIGN, IT DID NOT ONLY REFER TO HIS DEATH, BURIAL, AND RESURRECTION. IT ALSO REFERRED TO THE NAME OF GOD'S FINAL SIGN AND WONDER PRODUCING PROPHET. NONETHELESS, YOUR KING AND HIGH PRIEST HAS COME. THE REFINER'S FIRE, AND FULLER'S SOAP HAS COME TO TURN THE HEARTS OF THE FATHERS BACK TO THEIR CHILDREN, AND THE HEARTS OF THE CHILDREN BACK TO THEIR FATHERS. I HEREBY OFFICIALLY SEIZE CONTROL OVER THE VATICAN, THE CATHOLIC CHURCH, AND EVERY RELIGIOUS DENOMINATION THAT CONSIDER THEMSELVES TO BE CHRISTIAN BEING BASED UPON THE TEACHINGS OF CHRIST THAT EXIST ON THE FACE OF THE PLANET. THOSE WHO WILL NOT COME UNDER MY AUTHORITY WILL GET OUT OF THE RELIGION, OR YOU WILL BE SUBJECTED TO AN ACT OF GOD, NO EXCEPTIONS!!! AS FOR THEM STUPID UNITARIAN FAITHS THAT

HAVE BUDDISM AND HINDUISM IN THEM, GET OUT. YOU ARE NOT THOSE AMONG THE BELIEVERS. THIS RULE AND AUTHORITY EXTENDS TO AND INCLUDES EVERY RELIGIOUS ORGANIZATION AND INSTITUTION OF LEARNING THAT EXIST AROUND THE WORLD. ALL HEREBY OFFICIALLY FALL UNDER MY AUTHORITY BY THE DIVINE DECREE OF THE ONE TRUE GOD. THE POPE WILL RELINQUISH AUTHORITY OVER THE VATICAN TO ME AND THESE AFOREMENTIONED ENTITIES OR ORGANIZATIONS. FAILURE TO BE IN COMPLIANCE TO THIS MANDATE WILL SUBJECT YOU TO AN ACT OF GOD. YOU WILL GET THESE IDOLS OUT OF THE PLACES OF WORSHIP, THIS WORSHIP OF SAINTS AND ANGELS AND OTHER MADNESS YOU ALL CONJURED UP. ALL WOMEN FROM THE AGE OF 8-60 WILL OBSERVE VEIL. I RAISED IT FROM 5 TO GIVE OUR CHILDREN OPPORTUNITY TO ENJOY THE INNOCENCE OF YOUTH, BUT NO LOWER THAN THIS WITH ALL THESE PEDIPHILES AND SNAKES THAT ARE PRESENTLY AMONG US AND AROUND US. FOUR DAYS FROM THE DOUBLE ECLIPSE, I WILL ERADICATE THEIR EVILS FROM AMONG US. ONCE THE WOMEN ARE WEANED THEY WILL OBSERVE HEAD COVERING. MEN FROM THE AGE OF PUBERTY WILL OBSERVE BEARDS. THIS APPLIES FOR ALL CHRISTIANS, MUSLIMS, AND JEWS ALIKE. THIS IS THE COMMANDMENT OF GOD AS PRESCRIBED WITHIN THE THREE TRUE RELIGIONS. THERE IS NO SUCH THING AS CHRISTIAN ROCK, RAPP, HIP-HOP, OR THIS OTHER POLLUTED PRAISE IN YOUR IGNORANCE YOU BRING BEFORE THE GOD I SERVE. YOU WILL ALL END THIS MADNESS, OR GET OUT THE RELIGION, OR BE SUBJECT TO THE WRATH OF GOD! I WILL SEND YOU ALL TO YOUR DEATHS WITH THE WORD OF GOD THAT WILL PROCEED OUT OF MY MOUTH. WOMEN GET YOUR TAILS OUT OF THIS CLEAVAGE SHOWING, SPLITS UP THE RUMPS, TIGHT DRESSES AND SKIRTS, BODY PARTS SHOWING UNGODLY ATTIRE DRESSING LIKE A BUNCH OF WHORES!!! YOU WILL MIMIC YOUR MUSLIM WOMEN COUNTERPARTS, AS WAS THE DRESS OF THE BELIEVERS IN THE DAYS OF OLD. THIS INCLUDES THE MEN. YOU ALL IN YOUR IGNORANCE DRESS NO DIFFERENT THAN THE CHILDREN OF DARKNESS, THE SONS AND DAUGHTERS OF BELIAL. IT IS IMPERMISSIBLE FOR WOMEN TO WEAR PANTS. PANTS ARE MENS ATTIRE. THERE WILL BE NO SMOKING, GETTING DRUNK, OR DRUGS AMONG THE BELIEVERS. THERE WILL BE NO FAGOTS, LESBIANS, TRANSGENDERS, OR SODOMITES, SOOTHSAYERS, FORTUNE TELLERS, OR FAKE TAIL PROPHETS AMONG THE BELIEVERS. I BEGAN PURGING ALL CHURCHES, MOSQUES, AND SYNAGOGUES IN THE (240) PAGE PETITION. PLAGUES ARE SET TO COME AT YOU FOR THESE EVILS FOUR DAYS AFTER THE SHOWING OF THE DOUBLE ECLIPSE. PREPARE YOUR HEARTS, TZADDI THE FIERY WHIRLWIND OF RIGHTEOUSNESS COMES. YOU WILL DISSOLVE YOUR SECTS AND DENOMINATIONS AROUND THE WORLD CHRISTIANS. YOU WILL NO LONGER CALL OR LIST YOURSELVES AS CATHOLICS, BAPTIST, CALVINIST, ASSEMBLIES OF GOD, PRESBYTERIAN, ETC.. YOU WILL REFER TO YOURSELVES AS BELIEVERS. YOUR PLACES OF WORSHIP WILL BE DESIGNATED AS THE CHURCH AT 24 MAPLE STREET IN KANSAS, ETC.. YOU WILL GET THESE WOMEN AND SODOMITES OUT OF THE PULPIT. A PLAGUE WITH THEIR NAMES ON IT COMES FOR ALL THOSE WHO STAND IN OPPOSITION TO THE COMMANDMENTS OF THE ONE TRUE GOD. THERE ARE NO WOMEN PRIESTS, PASTORS, RABBIS, IMAMS, OR THE LIKE. THERE ARE NO FAGOTS, SODOMITES, LESBIAN DOGS AND PIGS ACTING AS CLERGY. ARE YOU PEOPLE INSANE!!! MEN ARE VICEGERANTS OF THE EARTH!!! MEN ARE GIVEN DOMINION!!! YOU WERE TOLD THAT NO WOMAN IS TO USURP

AUTHORITY OVER GOD'S MEN!!! YOU HAVE THESE SODOMITES AND LESBIANS ACTING AS CLERGY? YOUR ACTIONS STAND IN BLASPHEMY OF THE COMMANDMENTS OF THE ONE TRUE GOD!!! YOU ALL HAVE CREATED AN INTOLERABLE BREACH!!! YOU WILL END THESE EVILS BEFORE THE DOUBLE LUNAR ECLIPSE, OR I WILL DO IT FOR YOU. IF I AM FORCED TO DO IT, IT WON'T BE A PRETTY SIGHT.

(9) AT PRESENT MY HEART IS HEAVY. I AM FAR FROM BEING LIKE THE PROPHETS BEFORE ME. AS CHRIST(PBUH) SAID OF ME WHEN HE COMPARED ME TO JOHN THE BAPTIST(PBUH). I AM THE ONE WHO HE SAID IS LEAST IN THE KINGDOM OF HEAVEN, WHOM HE SAID WOULD BE GREATER THAN JOHN THE BAPTIST(PBUH). I AM NOT FIT TO BE ANY KIND OF PROPHET, NOR DO I WANT TO BE A PROPHET, KING, IMAM, HIGH PRIEST, OR KHALIFAH. I JUST WANTED TO BE A SERVANT! I HATE THIS STUFF! LIKE MY GREAT GRANDFATHER MUHAMMAD(PBUH) SAID, I WOULD BE NAMED AFTER A PROPHET BECAUSE I RESEMBLE HIM IN BEHAVIOR, BUT NOT IN LOOKS. I AM JONAH, YUNUS IN THE ARABIC. I DIDN'T WANT THIS RESPONSIBILITY SO I REBELLED, I LIKE JONAH RAN FROM IT. LIKE JONAH, THIS IMPRISONMENT IS MY BELLY OF THE WHALE EXPERIENCE. NONETHELESS, BEING A SINNER SAVED BY GRACE, OF COURSE I GREW UP IN THE WORLD. I HAVE HAD WORLDLY EXPERIENCES, TO INCLUDE HAVING LISTENED TO WORLDLY MUSIC. I GREW UP WITH AND DURING THE ERA OF MICHAEL JACKSON THE POP ICON. THERE IS NO STAGE OF MY LIFE, OR SOME EVENT, THAT I CAN'T TIE SOME SONG OF HIS TO. I, LIKE SO MANY OTHERS IN THE WORLD, WAS ONE OF HIS GREATEST FANS. HIS DEATH HAS GRIEVED ME TREMENDOUSLY, AND AFFECTED ME MORE THAN I IMAGINED. HE MEANT A GREAT DEAL TO ME. ONE OF THE CRUCIAL EVENTS OF HIS LIFE, IS ONE THAT TIED HIM TO ME MORE THAN EVER. THAT BEING THE UNJUST TREATMENT OF HIM BY THIS NATION'S PERVERSE JUDICIAL SYSTEM IN 2003. LIKE ME, MICHAEL JACKSON KNEW THE PAIN OF FALLING UNDER THE SHADOWS OF FALSE ACCUSATION. BY THIS PERVERSE NATION AND IT'S BROKE JUDICIAL SYSTEM A PERSON IS SUPPOSED TO BE INNOCENT UNTIL PROVEN GUILTY!!! THIS IS THE HEART OF THE LEGAL ISSUES OF SUPPOSED RELIGIOUS PROPHESY SAID THAT THE ELIJAH, AL MAHDI WOULD BRING. THE SAD PART ABOUT ALL OF THIS IS THAT IN THIS NATION'S PERVERTED MINDS, NOT ONLY WAS HE UNJUSTLY VIEWED AS GUILTY UNTIL HE PROVED HIMSELF INNOCENT, BUT NOW THAT HE WAS FOUND INNOCENT, SOME REPROBATE MINDED INDIVIDUALS STILL VIEWED HIM AS GUILTY THOUGH HE WAS FOUND INNOCENT. WHY, WAS IT BECAUSE HE WAS A BLACK MAN? THIS PERVERSE NATION IS NOT READY TO HAVE A CONVERSATION ON RACE, BUT NEVERTHELESS WE SHALL HAVE IT!!! I MADE A PROMISE TO MYSELF THAT IF ALL WAS CONFIRMED BEFORE OUR GOD, AFTER MY RELEASE I WOULD SEEK MICHAEL JACKSON OUT TO ENSURE HIS SOUL WAS SECURE, RIGHT, AND READY TO RECEIVE THE SERVANTHOOD OF GOD'S KINGDOM. NOW HE IS GONE BEFORE THAT OPPORTUNITY CAME. I WEEP FOR HIM. THIS NATION USED HIM AND MILKED HIM FOR HIS TALENTS AND EVERYTHING HE HAD, THE MINUTE HE COMES UNDER FIRE YOU BETRAYED HIM, AND TURNED YOUR BACKS ON HIM!!! YOUR HYPOCRISY IS HISTORICALLY UBIQUITOUS. I EMPATHIZE WITH HIM, AND I MISS HIM DEEPLY ALREADY. I ONLY PRAY TO OUR GOD THAT HIS SOUL WAS RIGHT. THERE WAS A SONG THAT WAS

RECORDED BY MICHAEL JACKSON THAT BY ITS DYNAMIC BECOME THE ICING ON THE CAKE, TO THAT WHICH OUR GOD SENT MARTIN LUTHER KING JR. TO ME WITHIN A DREAM TO INSTRUCT AND PREPARE ME. OUR GOD OF COURSE KNEW BEFORE HAND THAT I WOULD REBEL FROM MY CALL. AT THE TIME OF MARTIN'S VISITATION, AS ISLAM STATES, INSPIRED IN THE NIGHT, I WAS BEGINNING TO REALIZE WHO I WAS TO THE CHRISTIANS AND JEWS, BUT I WAS NOT FULLY AWARE OF WHO I WAS TO THE MUSLIM WORLD. ISA, CHRIST(PBUH) AND MARTIN BOTH WERE SENT TO ME AS A MEANS OF BEGINNING MY PREPARATION. ISA AND MARTIN WERE THE INSPIRATION FOR MY BEGINNING TO SEARCH OUT MY CALL AND EVEN WRITE THE BOOK OF REMEMBRANCE FORETOLD TO COME THAT IS WRITTEN IN MALACHI 3:16.

THERE WERE MANY LESSONS THAT OUR GOD SENT MARTIN TO INSTRUCT ME. THE REALIZATION OF THE FINAL LESSON WAS NOT UNDERSTOOD UNTIL AFTER MY UNJUST CONVICTION. THIS FINAL LESSON CAME IN THE FORM OF THE LAST SPEECH AND SERMON MARTIN GAVE BEFORE HE WAS BRUTALLY ASSASSINATED. IT WAS THE SERMON ON THE GOOD SAMARITAN. MARTIN TAUGHT IN THIS SERMON HOW THE PRIEST AND THE RABBI WERE CONCERNED ABOUT WHAT COULD POSSIBLY HAPPEN TO THEM IF THEY DID GO TO ASSIST THE MAN WHO FELL PREY TO ROBBERS AND WAS LEFT FOR DEAD ON THE SIDE OF THE ROAD. WHILE THE GOOD SAMARITAN WAS MORE CONCERNED ABOUT NOT WHAT COULD POSSIBLY HAPPEN TO HIM IF HE DID GO TO ASSIST THE MAN, HE WAS MORE CONCERNED OF WHAT WOULD OCCUR IF HE DIDN'T GO TO ASSIST THE MAN, WHAT WOULD HAPPEN TO THE MAN THAT FELL VICTIM TO THE ROBBERS. THIS WAS A SIMILAR STRUGGLE THAT I WRESTLED WITH THAT CAUSED ME TO AT FIRST REBEL FROM MY CALL. I APOLOGIZE TO YOU BELIEVERS OF THE WORLD. I AM NOT PERFECT. LIKE YOU I AM HUMAN AND I MAKE MISTAKES. INSHALLAH, BY GOD'S GRACE AND MERCY I WILL NEVER MAKE THAT MISTAKE AGAIN.

EVEN SO, I WAS NOT SO AFRAID OF WHAT COULD POSSIBLY HAPPEN TO ME, I WAS MORE CONCERNED OVER THE SAFETY OF MY FAMILY. I WAS AFRAID TO GO TO MUSLIMS STATING I WAS A PROPHET WHEN I KNOW THE RELIGION STATES OTHERWISE. I WAS AFRAID TO GO TO THEM STATING THAT ISA DID DIE ON THE CROSS. I WAS AFRAID TO GO TO CHRISTIANS TELLING THEM THAT THERE IS NO SUCH THING AS A TRINITY. CHRIST(PBUH) IS NOT GOD, AND THAT MUSLIMS AND JEWS HAVE A GREAT PLACE BEFORE GOD AS THEY DO. I WAS AFRAID OF DEALING WITH REBELLIOUS, STIFFNECKED, HAUGHTY MEN AND WOMEN WHO THINK THAT THEY ARE ALL ON THE PATH, WHEN IN TRUTH YOU ALL GOT OFF THE PATH. I DID NOT WANT THE RESPONSIBILITY OF ALL OF YOUR PETTY HATREDS, YOUR LOVE FOR THE WORLD, YOUR DEPRAVED SEXUALITY AND YOUR LOVE FOR EVERY EVIL UNDER THE SUN, SO I REBELLED. MARTIN TRIED TO INSTRUCT ME. THAT IT SHOULD NOT SO MUCH BE MY CONCERN OVER ME, MY LIFE, OR MY FAMILY IF I DID GO TO STAND AS YOUR LEADER, YOUR KHALIFAH, KING, IMAM, AND HIGH PRIEST, YOUR PROPHET. HE WANTED ME TO UNDERSTAND WHAT WOULD HAPPEN TO THE WORLD, ALL BELIEVERS IF I DIDN'T GO. HE WANTED ME TO KNOW THAT BY YOUR EVILS THE WRATH OF GOD IS KINDLED, AND ALL OF YOU WOULD SEE THE FIRES OF HELL, AND

GOD IN HIS ANGER WOULD FULFILL THAT WHICH HE STATED IN MALACHI CHAPTER 4, THAT IF I DON'T COME, IF I AM NOT SET FREE TO END THIS MADNESS BEFORE HIM, HE WILL SMITE THE EARTH WITH A CURSE, A PLAGUE. THUS, YOU HAVE THIS PRESENT SWINE FLU THAT GOD WILL MUTATE IF WE DON'T GET JUSTICE TO FULFILL WHAT IS WRITTEN BY HIS PROPHETS.

IF I DO NOT ASCEND POWER, YOU ALL ARE DOOMED. I DID NOT WANT THIS RESPONSIBILITY, BUT THE WELFARE OF THE BELIEVERS OF THIS WORLD, FAR OUT WEIGH ANY CONCERN, FEAR, OR DOUBT I CAN HAVE OVER MY INDIVIDUAL LIFE, OR ANYTHING, OR ANY FAMILY MEMBER THAT IS MINE. I HAVE LEARNED THAT TRUE COURAGE IS NOT ENGAGING EVIL OR THE ENEMY VOID OF FEAR OR DOUBT. TRUE COURAGE IS FACING EVIL AND THE ENEMY, WITH FIRE!!! WITH PASSION!!! IN SPITE OF ANY FEAR OR DOUBT. THIS IS WHAT I HAVE BECOME. BEFORE I LET THE BELIEVERS OF THIS WORLD BE DESTROYED, TO THE FIRES OF HELL!!! WITH ANY CONCERN THAT I MAY HAVE! I WILL STAND!!! I WILL WAR AGAINST THE NIGHT!!! I WILL WAR AGAINST INJUSTICE!!! EVEN IF I AM DESTROYED MYSELF. THIS INCLUDES ANY POSSESSION THAT I MAY HAVE IN THIS WORLD, TO INCLUDE ANY FAMILY I MAY HAVE. WE ARE AHLE BAYT, AND WE ARE THE MESSENGERS TO THE NATIONS. BY MARTIN AND ISA, CHRIST BOTH APPEARING TO ME IN A DREAM, I HAD TO LEARN TO CHANGE MY WAY OF THINKING. MICHAEL COINED THIS UNDERSTANDING FOR ME SO PERFECTLY IN ONE OF HIS SONGS. I'M STARTING WITH THE MAN IN THE MIRROR. I DECIDED NOW TO CHANGE MY WAYS. I'M STARTING WITH THE MAN IN THE MIRROR, IF YOU WANT A CHANGE YOU GOT TO LOOK AT YOURSELF AT THE MAN IN THE MIRROR AND MAKE A CHANGE. THIS WAS LAST TAUGHT BY THE PROPHET MUHAMMAD (PBUH) WHO SAID, "THE CONDITION OF THE PEOPLE WILL NOT CHANGE UNTIL THE PEOPLE FIRST CHANGE THE CONDITION OF THEMSELVES". MICHAEL JACKSON REMINDED ME OF THAT WHICH WAS TAUGHT BY MY GREAT GRANDFATHER MUHAMMAD(PBUH), WHICH IS A LESSON, INSHALLAH, I WILL NEVER FORGET. WITH THIS LESSON I AM ALSO TAUGHT, ONE MAN CAN MAKE A DIFFERENCE. BY WHAT MICHAEL WROTE, AND THE TEACHINGS OF THE PROPHETS, I STAND!!! IN DEFIANCE TO THE CONTRARY.

INASMUCH, BY THE PERVERSIONS OF THIS BROKE JUDICIAL SYSTEM THIS NATION CONJURED UP, BY THE INJURIES THIS BROKE JUDICIAL SYSTEM CAUSE TO MICHAEL JACKSON, THIS NATION IS GUILTY OF CRIMES AGAINST HUMANITY. BY THE UNJUST TREATMENT OF AFRICAN AMERICANS BY THE ACTS OF SLAVERY AND SUBJECTING ALL MINORITIES TO THIS BROKE JUDICIAL SYSTEM, BY THIS NATIONS TREATMENT AND ASSASSINATION OF MARTIN LUTHER KING JR. AND MALCOLM X AND ALL THOSE WHO STOOD WITH THEM BEFORE AND DURING THE CIVIL RIGHTS ERA, THIS NATION IS GUILTY OF CRIMES AGAINST HUMANITY!!! I AM MARTIN LUTHER KING JR.'S SUCCESSOR. I AM MALCOLM'S KHALIFAH. THOSE RIGHTEOUS SOULS THAT WERE SLAUGHTER WITH THEM AND DURING THEIR TIME ARE RIGHTEOUS CHRISTIANS, MUSLIMS, AND JEWS OF ALL CULTURES. I AM THEIR KING, KHALIFAH, IMAM, AND HIGH PRIEST. THE RIGHT TO CLAIM JUSTICE ON THEIR BEHALF, LATE AS IT MAY BE, BY THE DIVINE DECREE OF GOD

FALLS TO ME!!! THUS, I PERSONALLY, ON MICHAEL JACKSON'S, MARTIN LUTHER KING JR.'S, MALCOLM X'S, AND THE OTHERS WHO SUFFERED ALONG SIDE OF THEM BEHALF, WITH THE PETITIONERS OF THIS ACTION, DO SO CHARGE THE UNITED STATES WITH CRIMES AGAINST HUMANITY. THUS, THEY STAND CHARGED.

NICOLI ZCARCOSI, IF THIS IS HOW YOU SPELL YOUR NAME, THE PRESIDENT AND FOOL OF FRANCE. IT'S TIME TO DEAL WITH YOU FOOL, O' TREACHEROUS ONE, AND DOG OF FRANCE. YOU KNOW SOMETHING STUPID FOOL, YOU HAVE A BIG MOUTH. NOT ONLY NICOLI DO YOU HAVE A BIG MOUTH, IT'S A BIG AND STUPID MOUTH. I AM GETTING SICK AND TIRED OF YOUR STUPID, LUSTING, PUTRID RUMP, ATTEMPTING TO GET YOUR CARNAL FREAK OFF, YOUR DOGGISH, PIGGISH LUST OFF OF MY BELIEVING WOMEN BY MAKING EVERY EFFORT TO TAKE THEM OUT OF THEIR GODLY ATTIRE. ENOUGH IS ENOUGH STUPID FOOL. YOU AND THE NATION OF FRANCE WANT TO BAN THE BURKA IN YOUR COUNTRY? WELL THEN, I AM GOING TO BAN YOU O' STUPID PUTRID FOOL OF FRANCE, O' SON OF SATAN, AND EVERY CORRUPT FRENCH POLITICIAN THAT SIDES WITH YOU ON THIS ISSUE. YOUR BREATH SMELLS OF FECES FOOL OF FRANCE. THE ONLY CONCLUSION I CAN SURMISE FROM SUCH A FACT, IS THAT YOU ARE FULL OF FECES O' SON OF SATAN AND PIG OF FRANCE. YOU SAY THAT THE BURKA IS NOT ABOUT RELIGION, THAT IT IS ABOUT SUBJUGATION? I AM GOD'S LAW GIVER. I AM HIS APPOINTED KING, KHALIFAH, HIGH PRIEST, AND IMAM. I AM HIS PROPHET. WHO ARE YOU STUPID FOOL OF FRANCE TO SAY WHAT IS ABOUT RELIGION!!! WHAT GODLY AUTHORITY DO YOU HAVE FOOL!!! YOU ARE AN INTOLERABLE BREACH. I AM FORCED TO NOW DEAL WITH YOUR STUPID TAIL. THE BURKA IS INDEED ABOUT RELIGION. BUT WHAT YOU FAIL TO UNDERSTAND O' FOOL AND IDIOT OF FRANCE, IS THAT THE VERY HEART, NATURE, AND FUNDAMENTAL PRINCIPLES PURSUANT TO THE TEACHINGS OF THE THREE TRUE RELIGIONS ARE ABOUT SUBJUGATION!! WE ARE CALLED THE SERVANTS AND SLAVES OF GOD!! THIS IS ABOUT SUBJUGATION. THE SONS OF GOD, AS EXPLAINED IN GALATIANS [illegible], 4:1 MEANS YOU ARE NO DIFFERENT THAN A SERVANT WHO IS AN HEIR!! THIS IS ABOUT SUBJUGATION. ABRAHAM WAS COMMANDED TO SACRIFICE THE SON OF HIS INHERITANCE BY GOD'S PROMISE!!! THIS IS ABOUT SUBJUGATION. BELIEVERS ARE COMMANDED TO WORSHIP THERE GOD ABOVE ALL CREATURES, ALL THINGS, AND ALL OTHERS!!! THIS IS ABOUT SUBJUGATION. GOD NATURALLY VEILS HIS MEN AS A SIGN OF BEING IN OBEDIENCE TO HIM!!! THIS IS ABOUT SUBJUGATION. ISLAM REFERS TO THE BELIEVES AS SLAVES OF ALLAH!!! THIS IS ABOUT SUBJUGATION. CHRIST(PBUH) SAID YOU CANNOT ENTER INTO THE KINGDOM OF HEAVEN UNLESS YOU COME AS A CHILD, AS A SERVANT!!! THIS IS ABOUT SUBJUGATION. CHRIST(PBUH) SAID IN ORDER TO FIND YOUR LIFE, YOU MUST LOSE YOUR LIFE. HE SAID IN ORDER TO BE FIRST, YOU MUST BE LAST!!! THIS IS ABOUT SUBJUGATION. ALL THROUGH THE TORAH, BIBLE, NEW TESTAMENT, AND QURANIC TEACHES, GOD AND HIS PROPHETS INSTRUCT US THAT MEN ARE TO BE IN SUBJECTION TO THEIR GOD, WOMEN ARE TO BE IN SUBJECTION TO THEIR HUSBANDS, AND THAT CHILDREN ARE TO BE IN SUBJECTION TO THEIR PARENT!!! THIS IS ABOUT SUBJUGATION. CHRIST(PBUH) WAS

INSTRUCTED TO GIVE HIS LIFE ON THE CROSS EVEN THOUGH HE WAS WITHOUT SIN!!! THIS IS ABOUT SUBJUGATION. MAN CREATED HE HIM(TO BE IN SERVANTHOOD TO GOD IN COVENANT), MAN AND WOMAN CREATED HE THEM TO MIRROR THIS SAME SERVANTHOOD MARRITAL COVENANT)!!! THIS IS ABOUT SUBJUGATION. CHRIST(PBUH) COMING BACK FOR THOSE WHO DID NOT LOVE THEIR LIVES UNTO DEATH!!!! STATED IN THE BOOK OF REVELATION. THIS IS ABOUT SUBJUGATION. ISLAM, JUDAISM, AND CHRISTIANITY TEACHES THAT MEN ARE VICEGERENTS, THEY HAVE DOMINION!!! THIS IS ABOUT SUBJUGATION. THE BIBLE STATING ITS A COVENANT OF MILK AND HONEY!!! THIS IS ABOUT SUBJUGATION. STUPID FOOL OF FRANCE LET ME MAKE THIS ABUNDANTLY CLEAR TO YOU. "AND REBEKAH LIFTED HER EYES, AND WHEN SHE SAW ISSAC, SHE LIGHTED OFF HER CAMEL. FOR SHE HAD SAID UNTO THE SERVANT, WHAT MAN IS THIS THAT WALKETH IN THE FIELD TO MEET US? AND THE SERVANT HAD SAID, IT IS MY MASTER: THEREFORE SHE TOOK A VEIL AND COVERED HERSELF". THIS IS FOUND IN THE BOOK OF GENESIS 24:65 DESIGNATING THIS IS REQUIRED FROM THE START, GENESIS MEANS BEGINNINGS. NOTICE NO ONE FORCED HER. SHE KNEW HERSELF THAT THIS WAS REQUIRED AND IT WAS HER RELIGIOUS DUTY BEING BROUGHT BEFORE HER MASTER, HER LORD, HER HUSBAND PURSUANT TO THE SERVANTHOOD COVENANTS OF GOD. THIS IS A FUNDAMENTAL RELIGIOUS TEACHING OF JUDAISM. "IN LIKE MANNER ALSO, THAT WOMEN ADORE THEMSELVES IN MODEST APPAREL, WITH SHAMEFACEDNESS (SHAMEFACEDNESS MEANS CHRISTIAN WOMEN ARE TO BE VEILED!!!) AND SOBRIETY; NOT WITH BROIDED HAIR, OR GOLD, OR PEARLS, OR COSTLY ARRAY; BUT (WHICH BECOMETH WOMEN PROFESSING GODLINESS) WITH GOOD WORKS. LET THE WOMEN LEARN IN SILENCE WITH ALL SUBJECTION", [I TIMOTHY 2:9-11]. "LIKEWISE WIVES BE IN SUBJECTION TO YOUR HUSBANDS****BUT LET THE HIDDEN MAN OF THE HEART, IN THAT WHICH IS NOT CORRUPTABLE, EVEN THE ADORNMENT OF A MEEK AND QUIET SPIRIT(THE QUIET SPIRIT EMBELLISHES THE VEIL), WHICH IN THE SIGHT OF GOD OF GREAT PRICE. FOR AFTER THIS MANNER IN THE OLD TIME THE HOLY WOMEN ALSO, WHO TRUSTED IN GOD, ADORNED THEMSELVES, BEING IN SUBJECTION TO THEIR OWN HUSBANDS: EVEN AS SARAH OBEYED ABRAHAM, CALLING HIM LORD: WHOSE DAUGHTERS YE ARE, AS LONG AS YE DO WELL, AND ARE NOT AFRAID WITH ANY AMAZEMENT" [I PETER 3:1-6]. GODLY WOMEN OF GOD ARE NOT TO BE AFRAID OR AMAZED AT THIS REQUIREMENT MANDATED BY GOD, AND THEY ARE TO BE READY TO STAND AGAINST THE WORLD EVEN UNTO DEATH!!! TO BE IN COMPLIANCE. THIS IS A FUNDAMENTAL RELIGIOUS TEACHING OF CHRISTIANITY. "AND TELL THE BELIEVING WOMEN TO LOWER THEIR GAZE(FROM LOOKING AT FORBIDDEN THINGS), AND PROTECT THEIR PRIVATE PARTS (FROM ILLEGAL SEXUAL ACTS) AND NOT TO SHOW OFF THEIR ADORNMENT EXCEPT ONLY THAT WHICH IS APPARENT(LIKE BOTH EYES FOR NECESSITY TO SEE THE WAY, OR OUTER PALMS OF HANDS OR ONE EYE OR DRESS LIKE VEIL, GLOVES, HEAD-COVERS, APRON), AND TO DRAW THEIR VEILS ALL OVER JUYUBIHINNA (EI. THEIR BODIES, FACES, NECKS AND BOSOMS) AND NOT TO REVEAL THEIR ADORNMENT EXCEPT TO THEIR HUSBANDS, OR THEIR FATHERS, OR THEIR HUSBAND'S FATHERS, OR THEIR SONS, OR THEIR HUSBAND'S SONS, OR THEIR BROTHERS, OR THEIR BROTHER'S SONS, OR THEIR SISTER'S SONS, OR THEIR MUSLIM WOMEN (EI. THEIR SISTERS IN JUDAISM,

CHRISTIANITY, AND ISLAM)*****". THE VEIL IS A FUNDAMENTAL RELIGIOUS TEACHING OF ISLAM AS IS THEIR BROTHER RELIGIONS. THE VEIL IS ALL ABOUT RELIGION PURSUANT TO THE THREE TRUE FAITHS WHOSE DUTY IS BASED UPON SERVANTHOOD, SLAVES OF ALLAH, SUBJUGATION. ALL OF GOD'S PROPHETS TAUGHT THE SAME MESSAGE, AS I WILL TEACH THE SAME MESSAGE!!! THIS BLASPHEMOUS BREACH, HAS NOT ONLY OCCURRED BY THIS FOOL IN FRANCE, THIS IDIOT NICOLI ZCARCOSI, BUT IT HAS ALSO OCCURRED IN BRITAIN BY SOME STUPID PARLIAMENT OFFICIAL WHO STATED, NO WOMEN CAN APPEAR BEFORE HIM WEARING SUCH RELIGIOUS ATTIRE. IT OCCURRED IN BRITAIN WHERE A FEMALE EDUCATOR, DEFIED THE BRITISH GOVERNMENT TO ASSERT HER RIGHT TO WEAR SUCH IN THE CLASSROOM. IT'S TIME TO END YOUR NATIONS MADNESS ON THIS ISSUE.

NICOLI ZCARCOSI, AND THAT BRITISH OFFICIAL. AS GOD'S LAWGIVER, HIS APPOINTED KING AND HIGH PRIEST, I BRING HIS JUDGMENT UPON YOUR DECADENT SOULS. FOR THREE TRANSGRESSIONS AND FOR FOUR. BECAUSE YOU FORSOOK THE WAY, THE WAY OF REPENTENCE AND OBEDIENCE TO THE COMMANDMENTS OF GOD, ENDEAVORING TO TAKE GOD'S BELIEVING WOMEN OFF THE PATH. BECAUSE YOU FORSOOK THE TRUTH, THE LAWS OF GOD'S WORD AS IT IS CLEARLY WRITTEN IN THE THREE HOLY BOOKS, ENDEAVORING TO DISTORT WHAT IS WRITTEN BEFORE THE MASSES. BECAUSE YOU FORSOOK THE LIFE, THE LIFE OF HOLINESS AND TAWQA AS MANDATED BY THE ONE TRUE GOD, ATTEMPTING TO TAKE MY WOMEN OUT OF THEIR HOLY ATTIRE. AND THE FORTH TRANSGRESSION IS BECAUSE YOU FORSOOK THE PREVIOUS THREE, IN BLATANT DEFIANCE TO THE COMMANDMENTS OF GOD, YOU CANNOT ENTER INTO A COVENANT RELATIONSHIP WITH THE ONE TRUE GOD. THUS, YOU HAVE CREATED AN INTOLERABLE BREACH. FOUR DAYS FROM THE SHOWING OF THE DOUBLE LUNAR ECLIPSE, YOU, FULL OF FECES ON THE BREATH NICOLI ZCARCOSI, AND THE OTHER BRITISH FOOL WILL BE SUBJECTED TO AN ACT OF GOD. YOU BOTH WILL DEVELOP THROAT CANCER. IT WILL CONSUME YOU BOTH AT AN ACCELERATED RATED. THEREUPON YOU SHALL REST IN THE EARTH WITH YOUR FATHERS AWAITING THE FINAL DAY OF JUDGMENT UPON YOUR WORTHLESS SOULS. THIS GOES FOR YOUR STUPID GOVERNMENT OFFICIALS WHO WOULD DARE TO PLACE FORTH LEGISLATION THAT WOULD STRIP MY WOMEN OF THEIR GODLY ATTIRE.

THE MUSLIM WOMAN THAT STOOD IN FAITH AGAINST THE BRITISH GOVERNMENT TYRANNY AND OPPRESSION WILL BECOME THE CHIEF ADMINISTRATOR FOR EDUCATION FOR THE BELIEVING WOMEN WORLDWIDE. YOUR BROTHER, AL MAHDI, IS EXTREMELY PROUD OF YOU MY BELOVED SISTER. WELL DONE THY GOOD AND FAITHFUL SERVANT OF ALLAH. BY THE DECREE OF OUR GOD, THIS WILL BE YOUR REWARD. THIS IS THE ONLY APPOINTMENT OF OUR WOMEN THAT I WILL DO MYSELF. ANY FURTHER MATTERS OF OUR BELIEVING WOMEN WILL FALL TO THE MOTHER OF THE BELIEVERS, SALWA ADLY OF COLUMBIA S.C., SOON TO HOPEFULLY BE SALWA REIYENAH TEILAH TISHBITE, MY WIFE AND QUEEN. ANY NATION AROUND THE WORLD THAT MAKES ANY EFFORT TO STRIP MY MEN AND WOMEN OF THEIR GODLY ATTIRE, I WILL SUBJECT YOU TO AN ACT OF GOD. I WILL CLEAN YOUR DOGGON' STUPID CLOCKS!!! MAINTAIN YOUR SEPARATION OF CHURCH AND STATE. LEAVE MY PEOPLE ALONE, AND I WILL LEAVE YOU

ALONE. NO MATTER WHERE YOU ARE IN THE WORLD, I WILL BE ABLE TO REACH AND BURN YOUR PUTRID RUMPS WITH THE WORD AND FIRE OF GOD THAT WILL PROCEED OUT OF MY MOUTH!!! LEAVE MY PEOPLE BE. THEY HAVE A KING, KHALIFAH, IMAM, AND HIGH PRIEST. THERE AFFAIRS FALL TO MINE, AND MINE ALONE DISCRETION, AND I FALL TO THE DISCRETION OF THE ONE TRUE GOD. NONE OF YOU STUPID FOOLS IN THIS WORLD DICTATE WHAT IS REQUIRED BY OUR GOD. ONLY HIS SLAVE AND SERVANT AL MAHDI IS GIVEN THAT HONOR, AUTHORITY, AND PRIVILEGE. STAND DOWN ZCARCOSI!!!! OR I WILL BUST YOUR STUPID PUTRID TAIL DOWN!! FOOL OF FRANCE. YOU DEVILS IN THIS WORLD DON'T SCARE ME. I WILL STAND AGAINST YOU ALL IF NECESSARY. LEAVE MY PEOPLE ALONE AND LEAVE IN PEACE!! THIS IS THE COVENANT I MAKE WITH THEE. TO VIOLATE THIS COVENANT I AM COMMANDED TO SUBMIT TO THEE, WILL INVOKE THE WRATH OF THE ONE TRUE GOD.

THE PETITIONER(S) HUMBLY SEEKS THE INTERNATIONAL COMMUNITY'S FORGIVENESS AND PATIENCE IN HEARING THESE MATTERS GIVEN TO YOU BY THE KHALIFAH OF ALLLAH. MY TEMPERAMENT IS DECREED BY OUR GOD IN ISAIAH 14:29 AND MALACHI CHAPTER 3, AS WELL AS OTHER RELIGIOUS SCRIPTURES. SUCH HAVE DEFINED MY FIERY SPIRIT THOUSANDS OF YEARS BEFORE YOU AND I WERE EVER BORN. IT'S THAT 7 TIMES THE SPIRIT OF ELIJAH THING THAT OUR GOD HAS PLACED UPON MY SOUL. SUCH IS REQUIRED TO DEAL WITH THE MAGNITUDE OF UNPRECEDENTED EVENTS THAT ARE LAID BEFORE US. THUS, MY PERSONALITY BEFORE YOU IS ACT ACT OF GOD, AND ONE SHOULD NOT BE PENALIZED FOR EVENTS OR CIRCUMSTANCES PURSUANT TO HIS NATURE THAT ARE OUT OF HIS CONTROL. EVEN SO, ZCARCOSI AND THE ENGLISH SNAKE BOTH SPEAK WITHOUT GODLY WISDOM OR KNOWLEDGE, YET PRETENDED BEFORE ALL THAT THEY ARE IN POSSESSION OF SUCH KNOWLEDGE. THIS IS AN EGREGIOUS, OUTRAGEOUS DECEPTION OF THE INTERNATIONAL MASSES WHICH MUST NOT GO UNCHALLENGED.

"NEC VENIAM LAESO NUMINE, CASUS HABET",---WHERE THE ONE TRUE GOD HAS BEEN INSULTED, THE CASE IS UNPARDONABLE!

"NEMINEM OPORTET ESSE SAPIENTIOREM LEGIBUS",---NO ONE OUGHT TO BE WISER THAN THE LAWS OF GOD.

"NEMO TENETUR INFORMARE QEI NESCIT SED QUISQUIS SCIRE QUOD INFORMAT",--- NO ONE WHO IS IGNORANT OF A THING IS BOUND OR PERMITTED TO GIVE INFORMATION OF IT, BUT EVERYONE IS BOUND TO KNOW WHAT HE GIVES INFORMATION OF. ZCARCOSI IS A FOOL. HE INSULTED THE ONE TRUE GOD BY HIS WORDS. HE IS NOT WISER THAN GOD AND HIS LAWS, NOR DOES HE HAVE KNOWLEDGE OF THE THING IN WHICH HE INFORMS THE MASSES OF. ANYTHING HE STATES PERTAINING TO THE USE AND MANDATE OF THE BURKA MUST BE DISREGARDED BY THE MASSES, FRENCH OR OTHERWISE. *



"LE LEY EST LE PLUS HAUT ENHERITANCE QUE LE ROY AD, CAR PAR LE LEY, IL MESME ET TOUTS SES SUJETS SONT RULES, ET SI LE LEY NE FRUIT, NUL ROY NE NUL EMHERITANCE SERRA",---THE LAWS OF GOD IS THE HIGHEST INHERITANCE THAT THE KING AND OR KHALIFAH POSSESSES; FOR BY THE LAWS OF GOD, THE KING AND OR KHALIFAH, AND ALL HIS SUBJECTS ARE RULED; AND IF THERE WERE NO LAWS OF GOD, THERE WOULD BE NEITHER GOD APPOINTED KING, NOR INHERITANCE.

THE LAWS OF GOD, EVEN AS THAT WHICH PERTAIN TO THE VEIL AND-OR BURKA, ARE MY HIGHEST INHERITANCE. THEREFORE, I SET THE LAWS THAT PERTAIN THERETO AS MANDATED BY GOD.

"CONSUETUDO REGNI ANGLIAE EST LEX ANGLIAE",---THE CUSTOMS OF GOD'S APPOINTED KING AND KHALIFAH, IS THE LAW OF GOD'S APPOINTED KING AND KHALIFAH. THEY ARE MY SUNNAH.

"CONSUETUDO VINCIT COMMUNEM LEGEM",---GOD'S CUSTOMS OVERRIDE COMMONLAW.

"DORMIUNT ALIQUANDO LEGES NUNQUAM MORIUNTUR",---GOD'S LAWS MAY SOMETIMES SEEMINGLY SLEEP, BUT THEY NEVER DIE.

"DROIT NE DONE PLUIS QUE SOIT DEMAUNDE",---THE LAWS GIVES NO MORE THAN WHAT IS DEMANDED.

"AD REGES ENIM POTESTAS OMNIUM PERTINET; AD SINGULOS, PROPRIETAS",---GOD'S APPOINTED KING AND KHALIFAH, HAVE POWER OVER ALL THINGS, WHILE INDIVIDUALS OWN THEM. POWER TO STATE THE LAWS OF GOD AS IT PERTAINS TO PROPER ATTIRE FALLS TO ME.

"AMBIGUIS CASIBUS SEMPER PRAESUMITUR PRO REGE",---IN DOUBTFUL CASES, THE PRESUMPTION IS ALWAYS IN THE FAVOR OF GOD'S APPOINTED KING AND KHALIFAH, ESPECIALLY ONE GIVEN PROPHET STATUS.

"EADEM MENS PRAESUMITUR REGIS QUAE EST JURIS ET QUAE ESSE DEBET, PRAESERTIM IN DUBIIS",---THE MIND OF GOD'S APPOINTED SOVEREIGN IS PRESUMED TO BE THE SAME AS THAT OF THE LAWS OF GOD AND THE LAWS OF THE LAND, AND THE SAME AS WHAT IT OUGHT TO BE, ESPECIALLY IN AMBIGUOUS MATTERS WHEN DESIGNATED AS A PROPHET ALSO. WORSHIP WITHOUT SUBJUGATION, IS NOT WORSHIP AT ALL. THEREFORE, THIS FOOL FROM FRANCE ASSERTION THAT THE BURKA IS MERELY SUBJUGATION ABSENT OF RELIGIOUS OBSERVANCE AND WORSHIP IS WITHOUT MERIT, AND IS THE RESPONSE OF THE VILLAGE IDIOT!! WHICH NICOLI ZCARCOSI AND THE BRITISH OFFICIAL ARE.

TO THE NATION OF ISRAEL,...SHALOM. MAY GOD MAKE HIS FACE TO SHINE ON THEE. MAY GOD SET HIS COUNTENANCE TO BLESS AND STRENGTHEN THEE. GREETINGS AND SALUTATIONS FROM THE HEIR OF THE THRONE OF KING DAVID(PBUH). BLESSINGS UPON YOU FROM THE HEIR AND

HIGH PRIEST OF THE LEVITICAL PRIESTHOOD, THE SON OF AARON(PBUH). DID NOT THE I AM, YHWH, JEHOVAH, PROMISED MY GREAT GRANDFATHER DAVID(PBUH), THAT HE WOULD NOT FAIL TO HAVE A MAN, DESCENDANT OF HIS UPON THE THRONE OF ISRAEL? DO NOT OUR RELIGION INFORM YOU THAT ONE WILL COME IN THE SPIRIT OF ELIJAH(PBUH) TO RAISE OUR PEOPLE TO THE GREATNESS THAT WAS ONCE OURS. JEWS, CHRISTIANS, AND MUSLIMS ARE BROTHERS MY BELOVED JEWISH BRETHREN. PLEASE DO NOT FORCE YOUR GOD APPOINTED KING AND HIGH PRIEST TO STAND AGAINST YOU. OBEY GOD'S APPOINTED KING AND HIGH PRIEST AND LIVE, FOR REBELLION CAN ONLY LEAD TO YOUR DESTRUCTION, THE DESTRUCTION OF THE WICKED WHO OPPOSE THE COMMANDMENTS OF THE I AM, YHWH.

I AM NO ORDINARY HIGH PRIEST AND KING MY BELOVED JEWISH BRETHREN. I AM A NAZARITE KING AND HIGH PRIEST. YOU UNDERSTAND THE DYNAMIC ANOINTING AND POWER THAT WERE GIVEN TO THE PROPHET SAMUEL, TO SAMSON, TO THE THREE HEBREW BOYS IN THE FIERY FURNACE, TO DANIEL IN THE LION'S DEN? THIS SAME DYNAMIC POWER AND ANOINTING IS GIVEN TO HE WHO IS THE LAST TO COME, 10 TIMES OVER, TO INCLUDE THAT POWER WHICH WAS GIVEN TO MY GREAT GRANDFATHER MOSES(PBUH). THUS, THE WORLD WILL SEE SIGNS AND WONDERS THAT HAVE NOT BEEN SEEN SINCE THE TIME OF ALL THE PROPHETS BEFORE ME COMBINED DURING THESE APPOINTED TIMES. YOU ARE TO RELINQUISH TO THE HEIR OF KING DAVID(PBUH) HIS THRONE. YOU ARE TO RELINQUISH TO THE SON OF AARON(PBUH) KEEP OF THE TEMPLE AND THE MANDATES OF WORSHIP FOR ALL BELIEVERS WITHIN OUR NATION. FAILURE TO DO SO, LIKE OUR FOREFATHERS BEFORE US, WILL INVOKE THE WRATH OF GOD. YOU WILL BE CHASTISED BY THE WORD OF GOD THAT WILL PROCEED OUT OF MY MOUTH. DO NOT INVOKE YOUR BROTHER AND KING'S WRATH O' BELOVED SERVANTS OF THE I AM.

UNDERSTAND, AND LISTEN TO THE WORDS OF YOUR GOD ORDAINED KING AND HIGH PRIEST. THE PALESTINIANS ARE MY PEOPLE AS YOU ARE MY PEOPLE. YOU ARE INSTRUCTED TO OPEN UP YOUR BORDERS AND NO LONGER OPPRESS MY PEOPLE. THE ISRAELI KING AND HIGH PRIEST, IS ALSO THE ISLAMIC KHALIFAH AND IMAM. AS MY GREAT GRANDFATHER SOLOMAN(PBUH) WAS GIVEN A GREAT DOMINION, I AM GIVEN A GREAT DOMINION. TO MAKE WAR AND OPPRESS THE PALESTINIANS, IS TO MAKE WAR AND OPPRESS THE HEIR TO THE THRONE OF DAVID(PBUH). FOR SUCH, HELL WILL BE YOUR ABODE.

HAMAS YOU ARE TO END YOU ROCKET FIRE INTO ISRAEL. FAILURE TO DO SO WILL INVOKE THE WRATH OF THE LION OF ALLAH, THE DIRECT DESCENDANT OF YOUR PROPHET(PBUH), HEIR TO THE KHALIFATE OF ISLAM. THE JEWS ARE YOUR BROTHERS AS IS THE CHRISTIANS. I WILL TEACH THEM PROPER TAHID AND PLACE THEM BACK ON THE PATH. THUS, BY THIS, THEIR BLOOD WILL BECOME INVIOLABLE TO YOU. END YOUR ROCKET FIRE NOW!!! OR I WILL SEND YOU ALL TO YOUR DEATHS WITH THE KALAAM OF ALLAH THAT WILL PROCEED OUT OF MY MOUTH.

ISRAEL YOU WILL END YOUR BUILDING OF SETTLEMENT IN THE

WEST BANK. THOSE WHO HAVE UNJUSTLY SETTLED THERE, WILL BE REMOVED. THE PALESTINIANS WILL HAVE THEIR OWN PROVINCE UNDER MY RULE. SO I HAVE SPOKEN,...SO LET IT BE DONE. I ALREADY KNOW THAT YOU ARE A REBELLIOUS SNIFFNECK PEOPLE AS OUR FOREFATHERS WERE BEFORE US. IT IS WRITTEN THAT YOU WILL BE BELLIGERENT IN THE BOOK OF DANIEL(PBUH). THAT WHICH IS WRITTEN CANNOT BE BROKEN. THEREFORE, FOR YOUR CONTINUE OPPRESSION OF YOUR MUSLIM BROTHERS I WILL STAND AGAINST YOU, AND HELL WILL BE YOUR ABODE!!!

ONCE I DEAL WITH THE REBELLIOUS AMONG YOU, IF SHARON IS STILL IN A COMA AND HAD NOT EXPIRED YET, I WILL WAKE HIM FROM HIS COMA. THEREAFTER, HE, AND THE RIGHTEOUS AMONG YOU WILL DESIGNATE ME AS KING OF ISRAEL, TO THE FULFILLING OF JEWISH, CHRISTIAN, AND ISLAMIC PROPHESY, WHERE OUR GOD PROMISED A SON OF DAVID(PBUH) WILL ALWAYS SIT UPON THE THRONE OF ISRAEL, AND WHAT MUHAMMAD(PBUH) SAID, THE HOUR OF THE RESURRECTION SHALL NOT BE ESTABLISHED UNTIL A FREEDMAN NAMED JAHJAH BECOME A MONARCH AND HOLDS SWAY. I HAVE COME TO PURGE OUR PEOPLE OF THESE DEMOCRATIC EVILS YOU HAVE ALLOWED TO SETTLE AMONG US. THESE ARE THE VERY EVILS THAT THE I AM, YHWH, SCATTERED OUR ANCESTORS TO THE FOUR WINDS FOR. YOUR PRESENT STATE AND EVILS MUST BE ERADICATED. I AM GOD'S APPOINTED KING AND HIGH PRIEST OF ISRAEL, THE WARRIOR KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL(PBUH), THE ONE WHO IS RAISED UP FROM THE NORTH WRITTEN IN ISAIAH(PBUH) 41:25, THE COCKATRICE WITH 7 TIMES THE SPIRIT OF ELIJAH(PBUH) FORETOLD TO COME. CHRISTIANS, MUSLIMS, AND JEWS WILL LIVE IN PEACE, OR YOU ALL WILL BE SUBJECTED TO AN ACT OF GOD. THE ONE TRUE GOD OF THE HEAVENS AND EARTH WILL NOT LET THE WORDS OF HIS SERVANT FALL TO THE GROUND VOID.

"ACTUS DEI NEMINI FACIT INJURIAM",---AN ACT OF GOD DOES WRONG TO NO ONE. THAT IS, NO ONE IS RESPONSIBLE IN DAMAGES FOR INEVITABLE ACTS THAT GOD DECREES.

"ACTUS SERVI, IN IIS QUIBUS OPERA EJUS COMMUNITER ADHIBITA EST, ACTUS DOMINI HABETUR",---"THE ACT OF A SERVANT AND OR KING/KHALIFAH OF GOD, IN WHICH HE IS USUALLY EMPLOYED BY GOD, IS CONSIDERED THE ACT OF HIS MASTER. GOD IS MY KING AND MASTER. MY ACTS ARE HIS ACTS.

"CULPA CARET QUI SCIT SED PROHIBERE NON POTEST",---A PERSON IS FREE OF BLAME WHO KNOWS BUT CANNOT PREVENT. THAT WHICH IS WRITTEN CANNOT BE BROKE. NO ONE CAN FIGHT AGAINST THE DECREES OF GOD. THEREFORE, AS GOD'S SERVANT, ANY ACT I AM COMPELLED TO DO, IS NOT MY ACT. AGAIN, IT IS THE ACT OF GOD DESIGNATED THOUSANDS OF YEARS BEFORE I WAS BORN.

"LE SALUT DU PEUPLE EST LA SUPREME LOI",---THE SAFETY

AND PEACE OF ALL THE BELIEVING PEOPLE ARE THE HIGHEST OF GOD'S MILK AND HONEY COVENANT LAWS.

REFERRING BACK TO BY INHERITANCE, MY HEIRSHIP OF THE KHALIFATE AND KINGSHIP OF ALL CHRISTIANS, MUSLIMS, AND JEWS WORLDWIDE THAT WORSHIP THE ONE TRUE GOD. "HAERES EST EADEM PERSONA CUM ANTECESSORE",---THE HEIR IS THE SAME PERSON AS HIS ANCESTOR.

"DEUS SOLUS HAERDEM FACERE POTEST, NON HOMO",---GOD ALONE, AND NOT MAN, CAN MAKE AN HEIR.

"DROIT NE POET PAS MORIER",---THE RIGHT OF MY RULE CANNOT DIE. AT LEAST UNTIL CHRIST(PBUH) TAKES THE POSITION WHICH IS TRULY HIS. I AM THE LESSER LIGHT, SENT TO PREPARE THE WAY OF HIS KINGDOM.

"DOMINUS REX NULLUM HABERE POTEST PAREM, MULTO MINUS SUPERIOREM",---GOD'S APPOINTED KING, KHALIFAH, IMAM, AND HIGH PRIEST CANNOT HAVE A LIVING EQUAL, MUCH LESS A SUPERIOR OTHER THAN GOD HIMSELF. THIS MEANS THE POPE, ANY RELIGIOUS LEADERS WORLDWIDE, TO INCLUDE ALL HEADS OF STATE IN THE PROVINCES THAT ARE TO COME UNDER MY RULE, MUST RELINQUISH POWER BY THE DECREE OF THE ONE TRUE GOD. THERE CAN BE NO EQUAL TO MY AUTHORITY AND RULE OTHER THAN GOD HIMSELF. I AM APPOINTED BY THE LORD OF THE WORLDS.

SINCE THE BIRTH OF CHRIST(PBUH) IS AN ACT OF GOD, AND THE ONLY BLOODLINE IN HIM IS MARY'S, THAT MAKES ME THE SAME AS CHRIST AS CONFIRMED BY MARK 9:12. BY THAT WHICH IS WRITTEN OF THE PROPHET MOSES, AARON, DAVID, SOLOMAN, AND MUHAMMAD(PBUT), I BECOME THE EMBODIMENT OF ALL THAT IS AND WAS TAUGHT BY THEM, MANDATED BY THE ONE TRUE GOD. THIS INCLUDES THE AUTHORITY THAT WAS GIVEN TO THEM.

"TESTAMENTUM EST VOLUNTATIS NOSTRAE JUSTA SENTENTIA, DE EO QUOD QUIS POST MORTEM SUAM FIERI VELIT",---THE TESTAMENT, INDICATIVE OF THE OLD TESTAMENT AND NEW TESTAMENT CANON, AS WELL AS THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH) WHICH EMBELLISHES HIS TESTAMENT, IS THE JUST EXPRESSION OF OUR(GOD AND HIS PROPHETS) WILL CONCERNING THAT WHICH THEY WISH DONE AFTER THEIR DEATH.

"TESTATORIS ULTIMA VOLUNTAS EST PERIMPLEDA SECUNDUM VERAM INTENTIONEM SUAM",---THE LAST WILL OF THE TESTATOR IS TO BE FULFILLED ACCORDING TO HIS TRUE INTENTION.

"TESTAMENTUM OMNE MORTE CONSUMMATUM",---EVERY WILL IS COMPLETED BY DEATH.

"LEGITIME IMPERANTI PARERE NECESSE EST",---ONE WHO COMMANDS BY THE DECREE OF GOD, MUST BE OBEYED.

"NEC TEMPUS NEC LOCUS OCCURRIT REGI",---NEITHER TIME NOR PLACE THWARTS GOD'S APPOINTED KING AND KHALIFAH.

"NEMO PATRIAM IN QUA NATUS EST EXUERE, NEC LIGEANTIAE DEBITUM EJURARE POSSIT",---"NO ONE CAN CAST OFF HIS NATIVE LAND, OR REFUSE AN OBLIGATION TO IT. THE MIDDLE EAST IS MY NATIVE LAND THE CHRISTIANS, MUSLIMS, AND JEWISH PROPHETS AND KINGS ARE MY ANCESTORS AS ARE THEIR SUBJECTS. MY OBLIGATION TO PURGE THEM AND BRING AN END TO THE MADNESS BEFORE US IS APPARENT.

"LEX FACIT REGEM",---THE LAWS OF GOD MAKE THE KING AND KHALIFAH.

"LIGEANTIA EST QUASI LEGIS ESSENTIA; EST VINCULUM FIDEI".---ALLEGIANCE TO GOD'S APPOINTED KING AND KHALIFAH IS, AS IT WERE, THE ESSENCE OF GOD'S LAWS, IT IS THE BOND OF FAITH.

"ECCLESIA EST INFRA AETATEM ET IN CUSTODIA DOMINI REGIS, QUI TENETUR JURA ET HAEREDITATES EJUSDEM MANU TENERE ET DEFENDERE",---THE BELIEVERS OF THE THREE TRUE RELIGIONS ARE UNDERAGE AND IN THE CUSTODY OF GOD'S APPOINTED KING AND KHALIFAH, WHO IS BOUND TO UPHOLD AND DEFEND THEM, THEIR RIGHTS, THEIR DUTIES, THEIR OBLIGATIONS, AND INHERITANCES.

"ECCLESIA FUNGITUR VICE MINORIS; MELIOREM CONDITIONEM SUAM FACERE POTEST, DETERIOREM NEQUAQUAM",---THE BELIEVERS OF GOD ENJOY THE PRIVILEGES OF A MINOR, GOD ADOPTS THEM AS HIS CHILDREN, SLAVES, AND YOUTHFUL SERVANTS; THE BELIEVERS CAN MAKE THEIR OWN CONDITION BETTER BUT NOT WORSE. THE ACKNOWLEDGMENT OF GOD'S APPOINTED SOVEREIGN, AL MAHDI, CAN ONLY MAKE THE CONDITION OF THE BELIEVERS WORLDWIDE BETTER. THUS, MY KHALIFATE, KINGSHIP, IMAMATE, HIGH PRIESTHOOD, AND EVEN MY PROPHETHOOD IS CLEARLY ESTABLISHED BEFORE ALL OF MANKIND.

"CUILIBET IN ARTE SUA PERITO EST CREDENDUM",---CREDENCE SHOULD BE GIVEN TO A PERSON SKILLED IN HIS ART (THAT IS WHEN SPEAKING OF A MATTER CONNECTED WITH THAT ART). RELIGION AND THE WORSHIP OF GOD IS MY LIFE!!! I AM GOD'S FORETOLD LAWGIVER MAKING ME THE WORLD'S FOREMOST LEADING EXPERT ON ENDTIME PROPHESY. IT IS MY PASSION. IT IS MY ART. I Am GOD'S EXPERT.

"CUIQUE IN SUA ARTE CREDENDUM EST",---EVERYONE IS TO BE BELIEVED IN HIS OWN AREA OF EXPERTISE. PURSUANT TO THAT WHICH IS ENSCONCED WITHIN THE THREE HOLY BOOKS, THE BELIEVERS OF THE WORLD ARE NOT A DEMOCRACY. WE ARE A THEOCRACY. A GOVERNMENT OF GOD, BY GOD, AND FOR GOD. BY THE AFOREMENTIONED, MY DUTY, AUTHORITY, OBLIGATION, KINGSHIP, KHALIFATE, IMAMATE, HIGH PRIESTHOOD AND PROPHETHOOD, AGAIN, IS CLEARLY ESTABLISHED.

**IMPORTANT NOTICE:**

TO ANY RIGHTEOUS MUSLIM, CHRISTIAN, OR JEW, WHO STILL BELIEVE WHOLE HEARTEDLY IN OUR GOD AND HIS PROPHETS, IN THE PROPHESIES THAT OUR PROPHETS LEFT US, THE PETITIONERS IN THIS CASE NEED YOUR HELP. THE LEGAL LAWSUITS ATTACHED TO THESE PROCEEDINGS PRODUCE THE WEALTH THAT THE BOOK OF DANIEL AND ISLAM STATE THE FORERUNNER TO CHRIST WOULD HAVE. THE LAWSUITS ARE SET AT 400 BILLION DOLLARS AGAINST THE UNITED-STATES GOVERNMENT FOR THEIR CRIMES IN HANDLING THESE MATTERS. THIS IS WHY THE UNITED STATES GOVERNMENT IS CONSPIRING TO DISMISS THE LAWSUITS BASED UPON A TECHNICALITY, STATING THAT I MUST PAY A $350 FEE IN THE KENTUCKY DISTRICT COURT UNDER CASE NO.3:08-cv-P559-S. THE CLAIMS ARE NOT FRIVOLOUS AND CAN EASILY BE PROVEN, AND SHOULD NOT BE DISMISSED. THE JUDGES INVOLVED IN THE CASE ENGAGED IN ACTS OF JUDICIAL FRAUD TO KEEP THE PROCEEDINGS FROM PUBLIC VIEW. THIS IS MONEY THAT WILL BE NEEDED TO ESTABLISH MY KHALIFATE AND ASSIST IN GETTING THE BELIEVERS OF THIS WORLD THROUGH THE UPCOMING TRIBULATION FORETOLD BY PROPHESY. I NEED THE ASSISTANCE OF GOD'S SERVANTS. I NEED ANYONE WITH A HEART FOR GOD, AND STILL BELIEVE IN THE PROPHESIES HE INFORMED US THROUGH HIS PROPHETS TO PAY THAT $350 FEE ON MY BEHALF TO PREVENT THE CONSPIRING PARTIES FROM DISMISSING THE ACTION UNJUSTLY. IF YOU PAY THIS $350 FEE ON MY BEHALF, I GIVE YOU MY WORD AS A BELIEVER THAT FOR THAT $350 RISK AND INVESTMENT, I WILL GIVE YOU A MILLION DOLLAR RETURN AT THE CASES CONCLUSION UPON WINNING THE ACTION. SOME OF YOU HAVE INVESTED MORE IN THE LOTTERY OVER THE YEARS. TAKE A CHANCE ON WHAT'S WRITTEN IN DANIEL 11 AND ISLAM, HAVE FAITH, THE PROPHESY IS CLEAR THE FINANCES WILL COME. LET THIS DOCUMENT SERVE AS THAT CONTRACT AND PLEDGE, $350 FOR A MILLION. PLEASE ASSIST US IN THIS MATTER. THE UNITED STATES GOVERNMENT IS TRYING TO PREVENT THE REALIZATION OF WHAT THEY KNOW IS RELIGIOUS PROPHESY FROM COMING TO PASS.

ALSO THESE PROCEEDINGS MUST BE BROUGHT TO THE INTERNATIONAL PUBLIC'S ATTENTION. WE ASK THAT YOU SET UP AN INTERNET SITE WITH THE DOCUMENTS FROM THE COURTS PLACED ON IT, IN HOPES OF PREVENTING ANY PARTY ATTACHED TO THESE PROCEEDINGS FROM UNJUSTLY MAKING ATTEMPTS TO CONCEAL THE NATURE OF THE PROCEEDINGS BEING CONDUCTED BEFORE THE INTERNATIONAL MASSES. IF THE PARTIES CLAIM I AM A LIAR, I HAVE A FUNDAMENTAL DUE PROCESS RIGHTS, TO HAVE THE CLAIMS ADDRESSED, AND SUCH A DECEPTION EXPOSED BEFORE THE ENTIRE INTERNATIONAL COMMUNITY, BECAUSE MY ASSERTIONS AFFECT EVERY SOUL WITHIN EVERY NATION. IF I AM SUPPOSEDLY A FRAUD, THEN IN FAIRNESS TO ALL NATIONS, THIS FRAUD MUST BE REVEALED BEFORE ALL NATIONS OF THE WORLD.

LASTLY, WE NEED ATTORNEYS TO ASSIST THE INMATES IN THESE

UNPRECEDENTED DIVERSITY JURISDICTION WRIT OF HABEAS CORPUS CLASS ACTION PROCEEDINGS, WHICH EFFECT EVERY INMATE IN THIS COUNTRY TO THE FULFILLING OF RELIGIOUS PROPHESY IN ISAIAH CHAPTER 61, WHICH STATE IN MY COMING I WOULD CAUSE THE PRISON DOORS TO OPEN. WITHOUT ATTORNEYS TO ASSIST US, THE UNITED STATES GOVERNMENT AND ITS FEDERAL COURTS WILL ATTEMPT EVERY DIRTY TRICK UNDER THE SUN TO CIRCUMVENT RULING ON THE LEGAL ISSUES OF PROPHESY, BECAUSE THEY KNOW THEY CAN PRODUCE NO CITING OF LAW THAT WILL SHOW THAT THE PETITIONERS ARE INCORRECT IN THEIR CLAIMS, ISSUES, OR DEFENSES. AGAIN, THEY ARE MAKING EVERY ATTEMPT TO PREVENT THE REALIZATION OF WHAT THEY KNOW IS THE FULFILLING OF RELIGIOUS PROPHESY FROM COMING TO PASS, IN HOPES OF DESTROYING MY CREDIBILITY BEFORE THE INTERNATIONAL COMMUNITY. IF THE PETITIONERS WERE IN ERROR BY LAW AS TO THE LEGAL ISSUES, THE COURTS WOULD HAVE EASILY DEFEATED THE CASES, BY MERELY CITING LAW THAT IS ESTABLISHED ON THE BOOKS, AND SHOW WHERE WE ARE WRONG. NO COURT IN THE COUNTRY, STATE OR FEDERAL HAS BEEN ABLE TO SUCCEED AT THIS. THIS IS WHY THEY ARE CIRCUMVENTING RULING ON THE ISSUES. WE NEED ATTORNEYS TO ASSIST US, EVEN IF I MUST PAY THEM LATER. THEY CAN EVEN TAKE UP THE CIVIL LAWSUITS TO ENSURE THIS.

**RELIEF SOUGHT:**

(1) THE PETITIONERS SEEK THAT THE COURT TAKE NOTICE OF THE SIGNATURES THAT ARE ATTACHED TO THIS DOCUMENT. THIS IS HOW THE ACTION WAS SUBMITTED. IT BECOMES CONSPICUOUS THAT ALL THE INMATES CAPTIONED ARE IN AGREEMENT THAT SIGNED THIS DOCUMENT. YET THE UNITED STATES CONSPIRING TO COMPROMISE THE FEDERAL JUDGES, THOSE JUDGES REPEATEDLY VIEWED THE ACTION AS BEING FILED BY LAWRENCE L. CRAWFORD, AKA. JONAH GABRIEL JAHJAH T. TISHBITE, OR BY JUST 4 PETITIONERS. THE PETITIONERS SEEK THAT THE INTERNATIONAL COURT OF JUSTICE AND OR INTERNATIONAL CRIMES COURT VIEW THE CASE AS BEING FILED BY ALL (50) REPRESENTATIVE MEMBERS. THOSE INMATES WHO HAVE NOT FILED OR SIGNED THIS DOCUMENT ARE EITHER TRANSFERRED TO ANOTHER INSTITUTION, OR THEY ARE ON INSTITUTIONAL LOCK UP, CREATING AN INABILITY FOR THEM TO SIGN. STANDARD RULES DICTATE THAT IF THERE SIGNATURES ARE NOT PRESENT, IF THE PARTIES PRODUCE A VALID EXCUSE FOR SUCH, THE PROCEEDINGS MUST BE VIEWED AS BEING FILED BY ALL INMATES IN QUESTION. WE OFFICIALLY EXERCISE THIS RIGHT. WITH THIS STANDARD RULE, THE PETITIONERS SEEK THAT THE INTERNATIONAL CRIMES COURT VIEW THE ACTION AS SUCH, AND ALL INMATES BE GIVEN NOTICE OF THE PENDING PROCEEDINGS IN WRITING, THEIR ACKNOWLEDGE PARTY TO THE ACTION, AND ANY RESPONSE BY THE COURT BE SENT TO ALL (50) PETITIONERS. THIS INCLUDES THAT IF NECESSITY REQUIRES IT, THAT ALL (50) PETITIONERS BE BROUGHT BEFORE THE INTERNATIONAL CRIMES COURT, AND OR INTERNATIONAL COURT OF JUSTICE, OR UNITED NATIONS IF ANY ADDITIONAL ISSUE OR QUESTIONING NEEDS TO BE ADDRESSED OR CONDUCTED. IT IS BEST THAT THE INTERNATIONAL COMMUNITY SPEAK TO ME FACE TO FACE, AND

DETERMINE BY DIRECT EXAMINATION THE VALIDITY OF THE FACTS. THIS INCLUDES NOTICE TO THE NON-JOINED MEMBERS BY THE MEDIA AND OR STATE PAPER OF EACH OF THE 33 RELEVANT STATES, A RIGHT THAT WAS UNJUSTLY DENIED THE PARTIES BY THE UNITED STATES GOVERNMENT AND ITS FEDERAL COURTS CONSTITUTING CRIMES AGAINST HUMANITY RELATED TO ITS OWN CITIZENS.

(2) THE PETITIONERS MOTION FOR THE INTERNATIONAL PROSECUTOR TO CONDUCT AN INVESTIGATION, EVEN BY OBTAINING A PACER.COM ACCOUNT OR OTHER MEANS, AND THAT ALL DOCUMENTS AFOREMENTIONED IN CASE(S) NO.(S) 0:06-cv-2459-TLW-BM AND 2:08-cv-2339-TLW-BM IN S. CAROLINA DISTRICT COURT; 2:08-cv-04187-JLL IN NEW JERSEY DISTRICT COURT; 1:09-cv-0465-KMO IN THE OHIO DISTRICT COURT; 3:08-cv-P559-S AND 3:08-cv-P590-S IN THE KENTUCKY DISTRICT COURT; AND THE SLED INVESTIGATIVE FILE CASE NO.55010014 AT S.C. LAW ENFORCEMENT DIVISION IN COLUMBIA, S.C.. THE LEGAL ISSUES OF SAID RELIGIOUS PROPHESY ARE FILED IN THE OHIO AND S. CAROLINA CASES. THE NAMES OF ALL (50) PETITIONERS AND THE BOOK OF REMEMBRANCE OF MALACHI 3:16, IT'S FOREWORD, IS HELD WITHIN THE NEW JERSEY DISTRICT COURT. THE DOCUMENTS IN QUESTION WOULD SERVE TO SUBSTANTIATE AND PROVE THE CLEAR MOTIVE OF THE UNITED STATES FOR THIS CONSPIRACY ALLEGED.

(3) THE PETITIONERS SEEK THAT THE INTERNATIONAL PROSECUTOR OBTAIN A COPY OF A STANDARD INDICTMENT FROM THE 33 RELEVANT STATES THAT ADOPT THE FEDERAL PROVISIONS AND USE OF AN INDICTMENT VIA THEIR STATE CONSTITUTIONS. THIS CAN BE DONE BY GOING ON THE INTERNET OF EACH OF THE 33 RELEVANT STATES TO LOOK UP PRISONERS NAMES AND DOWN LOAD A COPY OF THEIR INDICTMENT IF AVAILABLE, OR THEY CAN BE OBTAINED BY CALLING THE ATTORNEY GENERAL OF EACH OF THE 33 RELEVANT STATES AND ASK THEM TO PRODUCE A COPY OF AN INDICTMENT FROM ANY DEFENDANT THAT IS HELD UNDER STATE CUSTODY FOR CRIMES AGAINST THAT STATE. SINCE ALL ARREST ARE A MATTER OF PUBLIC RECORD, THERE SHOULD BE NO ISSUE WITH THEM COMPLYING WITH THIS REQUEST. NO MATTER HOW SEEMINGLY CRAZY OR BIZARRE THE RELIGIOUS ASSERTIONS AND RHETORIC MAY APPEAR TO SOME, THE UNITED NATIONS AND INTERNATIONAL COURT WILL CLEARLY SEE THAT THE PETITIONERS ARE CORRECT, AND THE INDICTMENTS OF ALL 33 STATES POSSESS THE SAME IDENTICAL FATAL CONSTITUTIONAL STRUCTURAL ERROR AND OR DEFECT WHICH WOULD POTENTIALLY CALL FOR THE RELEASE OF EVERY PRISONER HELD UNDER STATE CUSTODY, WHICH MAY ALSO AFFECT THE FEDERAL PRISONERS IN ALL 50 STATES. THIS IS THE ACT OF GOD THE PETITIONERS REFERRED TO, THAT GOD BLINDED THE EYES OF THE UNITED STATES GOVERNMENT FOR YEARS, TO PREVENT THEM FROM SEEING AND CORRECTING THIS ERROR, SO THAT WHEN THE ELIJAH, AL MAHDI, CHRIST(PBUH) FORERUNNER WAS UNJUSTLY FRAMED FOR THE MURDER OF ONE OF HIS OWN, HE WOULD COME TO PRISON, SEE THE INJUSTICE, DISCOVER THE LEGAL ISSUES, AND PRODUCE IT AS A CALLING CARD TO PROVE HE IS WHO HE CLAIMS TO BE. THE PETITIONERS SEEK THAT A COPY OF THE INDICTMENTS FROM THOSE 33 STATES IN QUESTION BE FORWARDED TO THE

PETITIONERS SO THAT THEY MAY HAVE A COPY FOR THEIR RECORDS. THE PETITIONERS SEEK THAT THE UNITED STATES GOVERNMENT BY CLEAR EVIDENCE AND CITING OF LAW, NOT BY MERE DECEPTIVE RHETORIC DENYING THE VALIDITY OF THE LEGAL ISSUES, BUT THAT THEY PRODUCE INDISPUTABLE CITING OF FEDERAL LAW, THAT SHOW WHERE THE PETITIONERS ARE IN ERROR. I PROMISE THE INTERNATIONAL COURT OF JUSTICE, THAT THE UNITED STATES GOVERNMENT WOULD NOT BE ABLE TO DO SO. THUS, BY THIS UNJUST CAPTIVITY OF THEIR AMERICAN CITIZENS, IN VIOLATION OF THEIR OWN FEDERAL LAWS OF DUE PROCESS, WE THE INMATES OF THIS NATION STAND KIDNAPPED!, AND THE UNITED STATES GOVERNMENT IS GUILTY OF CRIMES AGAINST HUMANITY.

(4) BY THE COMPLEX NATURE OF THE PROCEEDINGS, AND THE FACT THAT MANY OF THE PETITIONERS FALL UNDER THE AMERICANS WITH DISABILITIES ACT, THE UNITED STATES WAS REQUIRED TO GIVE US COURT APPOINTED COUNSEL. THEY DENIED AND OR CIRCUMVENTED GRANTING THIS REQUEST AS PART OF THIS ELABORATE CONSPIRACY, AS PART OF A TRICK AND SCHEME, BECAUSE ANY RATIONAL LAWYER, ONCE HE LOOKED AT THE ISSUES, AND SAW THAT THE INDICTMENTS DID POSSESS THIS FATAL FLAW, WOULD HAVE KNOWN THAT THE PETITIONERS DESERVED TO HAVE THEIR DAY IN COURT. THOSE LAWYERS WOULD HAVE PREVENTED THE GOVERNMENT FROM DENYING US THAT RIGHT. THEY ALSO CONSPIRED TO DO THIS TO PERMIT THE INVOLVED FEDERAL DISTRICT COURTS JUDGES TO PRODUCE SOME TYPE OF STUPID LEGAL TECHNICALITY, OR PROCEDURAL DEFAULT ISSUE TO UNJUSTLY DISMISS THE ACTION. A TRAINED ATTORNEY ASSIGNED TO THE CASE, WOULD HAVE PREVENTED AND POSSIBILITY OF THAT OCCURRING, SO THEY DENIED US THE REQUIRED LEGAL COUNSEL MANDATED BY FEDERAL LAW. THE PETITIONERS SEEK THAT THE INTERNATIONAL COMMUNITY PETITION ON OUR BEHALF FOR ATTORNEYS TO BE APPOINTED TO REPRESENT US IN THIS ACTION.

(5) BECAUSE OF THE PLAGUES THAT ARE PROPHESIED TO COME, THAT ARE WRITTEN IN THE (240) PAGE KERSHAW COUNTY PETITION, AND OTHER DOCUMENTS FILED IN THE FEDERAL DISTRICT COURT, THE UNITED STATES GOVERNMENT CONSPIRED TO PREVENT NOTIFICATION AND CLASS ACTION CERTIFICATION FROM BEING ESTABLISHED, TO PREVENT THE INMATES OF THIS STATE AND THE INTERNATIONAL COMMUNITY FROM BECOMING AWARE OF THE MAGNITUDE OF THE PROCEEDINGS GOING ON IN THE COURT. ALL OF THESE NON-JOINED MEMBERS, BY THE SUBSTANTIAL RIGHTS OF DUE PROCESS, HAD THE RIGHT TO BE GIVEN NOTICE OF THE PROCEEDINGS. AGAIN, THE PETITIONERS SEEK THIS NOTIFICATION OF ALL NON-JOINED MEMBERS TO PERMIT THEM TO REQUEST EXCLUSION FROM THE ACTION, OR TO WEIGH IN WITH OBJECTIONS WHICH IS THEIR RIGHT OF DUE PROCESS. YOUR INTERNATIONAL COMMUNITY'S PRESENT GLOBAL CRISIS IS MORE THAN WHAT THE UNITED STATES GOVERNMENT LED YOU ALL TO BELIEVE. IT IS TOO, A PART OF RELIGIOUS PROPHESY, BEING THE FATAL BLOW TO THE BEAST THAT IS DESIGNED TO OCCUR AT THE TIME OF MY COMING, TO FURTHER VALIDATE THAT ALL PROPHESIES FOUND IN THE THREE TRUE RELIGIONS FOR THE FIRST TIME IN EARTH'S HISTORY, ARE ALL COMING ALIGNED. INSIDE THE DOCUMENTS FILED WITHIN THE FEDERAL DISTRICT COURT, UNDER THE AFOREMENTIONED CASE NUMBERS, I BEGAN

DEALING WITH THIS PRESENT FATAL BLOW TO THE BEAST, IN THE FORM OF YOUR PRESENT ECONOMIC GLOBAL CRISIS. IN DANIEL 11 IT STATES I WILL STIR UP ALL AGAINST GRECIA, THE GRECO-ROMAN GLOBAL SOCIETY. THIS IS NOT MY CAUSING HARM TO YOUR NATIONS, ITS MY ASSISTING YOU. I MUST BE SET FREE TO SCORCH THE LANDS OF YOUR RESPECTIVE NATIONS, UNIFYING THE GLOBAL MASSES IN PEACEFUL PROTEST, TO FORCE ALL NATIONS TO PLACE FORTH PROPER BANKING REFORM, AND OTHER CRUCIAL LEGISLATION THAT WOULD BE BENEFICIAL TO ALL YOUR NATIONS BECAUSE MY BELIEVING PEOPLE RESIDE AMONG YOU. THE GLOBE MUST BE GIVEN A PERIOD OF REPOSE TO ALLOW US ALL TO PREPARE FOR THE UPCOMING TRIBULATION. I AM THE FORCE THAT OUR GOD DESIGNATED TO RESTORE PUBLIC CONFIDENCE INTERNATIONALLY, AS CHRIST SAID, I RESTORE ALL THINGS. AS LONG AS I AM IN CAPTIVITY, AND NOT PERMITTED TO GO BEFORE THE PEOPLE YOUR INTERNATIONAL MARKETS WILL CONTINUE TO SUFFER.

I BEGAN PURGING YOUR FLOOR. IN THE COURT DOCUMENTS, I TOOK OUT ALL OF YOUR CORRUPT BANKING OLIGARCHY, AND THE CORRUPT POLITICIANS AROUND THE WORLD, TO INCLUDE EVERY CORRUPT JUDGE THAT EXIST IN EVERY COUNTRY AROUND THE GLOBE, TO THE FULFILLING OF ISLAMIC PROPHESY, STATING I WOULD FILL THE EARTH WITH JUSTICE AND FAIRNESS, THE SAME WAY IT HAD BEEN FILLED WITH TYRANNY AND OPPRESSION. YOUR NATIONS NEED THOSE COURT DOCUMENTS IN ORDER THAT YOU WOULD BE FULLY AWARE OF WHAT MAY BE POTENTIALLY COMING AT ALL OF YOU. DO NOT WRITE THIS OFF AS MADNESS OR A JOKE, BECAUSE THESE EVENTS ARE CLEARLY WRITTEN. THE UNITED STATES GOVERNMENT, EVEN THIS DECEPTIVE CORNBALL BARACK OBAMA, HID THE TRUE NATURE OF WHAT'S GOING ON HERE. YOU NEED TO PREPARE THE INHABITANTS OF YOUR RESPECTIVE NATIONS.

THIS IS ALL THE PETITIONERS WANT. WE WANT OUR DAY IN COURT, WITHOUT THE UNITED STATES GOVERNMENT, LIKE A BUNCH OF INDIGENOUS GROWN TERRORIST, AND AL QEIDA AND TALLIBAN WANNA BEES, ABUSING ITS CITIZENS IN WHAT AMOUNTS TO CRIMES AGAINST HUMANITY, BLOCKING THEIR ACCESS TO THE COURTS BY EVERY DIRTY TRICK AND SCHEME IMAGINABLE, UNJUSTLY DENYING ITS CITIZENS THE RIGHT OF NOTICE OF THE PROCEEDINGS, AND DENYING THEM THE SUBSTANTIAL RIGHT TO COURT APPOINTED COUNSEL, BEHIND A CLASS BASED INVIDIOUSLY DISCRIMINATORY ANIMUS, IN THE FORM OF RELIGIOUS AND RACIAL HATRED, BECAUSE IT WILL TURN OUT THAT THE FORERUNNER TO GOD'S CHRIST IS A BLACK MAN, WITH THAT FAKE TAIL BARACK OBAMA IN THE PRESIDENTIAL SEAT LEADING THEM IN THIS DECEPTION OF THE GLOBAL COMMUNITY, KNOWING FULLY WELL THAT ALL OF THIS IS GOING ON. THAT DOUBLE LUNAR ECLIPSE DURING THE HOLY MONTH [illegible] WILL APPEAR BEFORE MY RELEASE. I'VE SEEN IT IN MY DREAMS NUMEROUS TIMES. MY DREAMS, BY THAT WHICH GOD GIVES ME ALWAYS COME TO PASS. THE SIGN GOD WILL GIVE YOU IS THAT TWO HURRICANES WILL HIT THIS NATION, AND THE SWINE FLU WILL SHOW UP IN CANADIAN BIRDS. WHEN THAT DOUBLE ECLIPSE SHOW, THE RESPECTIVE NATIONS ARE IN IMMINENT

DANGER. YOU MUST GO ON THE RECORD OF THESE MATTERS TO SECURE THE SAFETY OF THE PEOPLE WITHIN YOUR NATIONS. IF I AM FOUND TO BE A LIAR, LET SUCH EXPOSURE OCCUR BEFORE THE INTERNATIONAL WORLD. GIVE ME ENOUGH ROPE TO HANG MYSELF, OR, ON THE OTHER HAND, YOU WILL BE SAVING YOUR RESPECTIVE NATIONS FROM GLOBAL DISASTER. THE DUTY OF THE INTERNATIONAL COURT, AND OR INTERNATIONAL CRIMES COURT IS CLEAR.

"AD OFFICIUM JUSTICIARIORUM SPECTAT UNICUIQUE CORAM EIS PLACITANTI JUSTITIAM EXHIBERE",---IT IS THE DUTY OF JUSTICES TO ADMINISTER JUSTICE TO EVERYONE PLEADING BEFORE THEM.

"JURISPRUDENTIA EST DIVINARUM ATQUE HUMANARUM RERUM NOTITIA, JUSTI ATQUE INJUSTI SCIENTIA",---JURISPRUDENCE IS KNOWLEDGE OF THINGS DIVINE AND HUMAN, THE SCIENCE OF THE JUST AND UNJUST.

"CAUSA ECCLESIAE PUBLICIS AEQUIPARATUR; ET SUMMA EST RATIO QUAE PRO RELIGIONE FACIT",---THE CAUSE OF THE BELIEVERS OF GOD IS EQUAL TO THE PUBLIC CAUSE, AND PARAMOUNT IS THE REASON THAT ACTS IN FAVOR OF RELIGION.

"NECESSITAS SUB LEGE NON CONTINETUR, QUIA QUOD ALIAS NON EST LICITUM NECESSITAS FACIT LICITUM",---NECESSITY IS NOT RESTRAINED BY LAW, SINCE WHAT OTHERWISE IS NOT LAWFUL NECESSITY MAKES LAWFUL.

"JUSTITIA FIRMATUR SOLIUM",---BY JUSTICE THE THRONE OF GOD'S APPOINTED KING AND KHALIFAH IS ESTABLISHED.

"JUSTITIA NEMINI NEGANDA EST", ---JUSTICE IS DENIED NO ONE.

"FIAT JUSTITIA PEREAT MUNDUS",---LET JUSTICE BE DONE THOUGH THE WORLD PERISH.

"MERITO RETRIBUAT REX LEGI QUOD LEX ATTRIBUAT",---THE KING AND KHALIFAH RIGHTLY REPAYS THE LAWS OF GOD, WHAT THE LAWS OF GOD ASCRIBE TO HIM; LET THE KING AND KHALIFAH REPAY TO THE LAWS OF GOD WHAT THE LAWS OF GOD ATTRIBUTE TO HIM.

"NEMO MILITARIS DEO IMPLICETUR SECULARIBUS NEGOTIIS",---NO ONE WARRING FOR GOD SHOULD BE TROUBLED BY SECULAR BUSINESS. I AM REQUIRED BY THE MANDATES OF THE ONE TRUE GOD TO REPAY TO THE PEOPLE THAT WHICH ONLY THEIR RIGHTFUL KING AND KHALIFAH CAN REPAY: THAT BEING JUSTICE, FAIRNESS, THEIR INALIENABLE RIGHTS AS BELIEVERS, SERVANTS OF GOD, THE RIGHT TO A HOLY LIFE FREE OF THE CHAINS OF TYRANNY, OPPRESSION, AND

iniquity, All Rights Attributed to A Kingdom of Priest, A Khalifate of Imams, given them by God, I Am Required to Restore to the believers worldwide their peace And give them Rest from WAR, Even if I must first engage in WAR, WAR Against the wicked tyrants And oppressors. My women have the Right to be free from Rape And physical Abuse. The enslavers of my men, women, And children must be stopped. I must be freed from this secular business, being framed behind Religious And Racial hatred, to come to the aid of the Palestinians, of Darfur, Ethiopia, Iraq Etc. Many of the people within my Nations are starving, being subjected to endemic ubiquitous corruption. The condition of the believers worldwide must be made better. I Am sent. I must go. The Islamic scholars were correct when they anticipated that this global Reformer would come from the West, possibly the United States. Here I thus stand, even if I must stand Alone.

"Breve Judiciale Non cadit Pro Defectu Formae" — A judicial writ And or complaint (under these exceptional circumstances) does not fail for A defect of form. If for Any Reason this submitted document is not in proper form, or if the length of the document violates

the procedural Rules, the petitioners motion for the relaxing and/or suspending of those Rules due to these exceptional circumstances. We also petition for the appointment of legal counsel since I am laboring under a physical disability to my hands.

Wherefore, the petitioners motion for all relief sought pursuant to this document, to include any and all other relief the Honorable International court of Justice, and or the International Crimes court, would deem just, fair, and proper.

Respectfully Submitted
Laurence L. Crawford aka
Jonah Gabriel Jahjah T. Tishbite
Ian Burke
Clarence Chisolm
Justin Young
And other 40+ petitioners

July 1, 2009